

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

January 15, 2021

VIA ELECTRONIC FILING

Hon. Frank P. Geraci, Jr.
United States District Court
  for the Western District of New York
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

    Re:    *Leo v. NYSDEC et al.*, Index No. 6: 20-cv-07039

Dear Judge Geraci:

    Please accept this letter as a notice of appearance on behalf of defendants New York State Department of Environmental Conservation (DEC), DEC Commissioner Basil Seggos, Captain William Powell, and Joseph Therrien in the above-referenced case. Another Assistant Attorney General has been assigned to this case whom will not begin her employment with our Office until later this month. We request a 60-day extension of the 21-day period to answer or otherwise move. Please confirm your grant or denial of this request and the due date for defendants' answer. Thank you.

    Sincerely,

    s/ Brittany M. Haner
    _____
    Brittany M. Haner
    Assistant Attorney General

cc:    Carrie Leo
       3199 Walworth Road
       Walworth, NY 14568