**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Carrie M. Leo | **COURT CASE NUMBER** 20-CV-7039 |
| **DEFENDANT** United States Department of Agriculture | **TYPE OF PROCESS** Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Department of Agriculture

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1400 Independence Avenue, S.W., Washington, DC 20250

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*UNITED STATES DISTRICT COURT FILED JAN 27 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER:
DATE: 12/29/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 7 | No. 55 | No. 55 | Jon M. Quartly | 1-6-21 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 1-20-21    Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 | — | — | 8 — | | $0.00 |

REMARKS: Mailed certified 1/6/21
Returned by fedex - incorrect address

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice  
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court  
for the  
Western District of New York

TO: United States Dept of Agriculture  
1400 Independence Ave. S.W.  
Washington DC  20250

Civil Action, File Number  20-CV-7039

Carrie M. Leo  
v.  
NYS DEC, et. al.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and `New York    State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within  21  days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

01/05/2021  
Date of Signature

Jennifer M Quartley  
Digitally signed by Jennifer M Quartley  
Date: 2021.01.05 16:36:52 -05'00'

Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

1400 Independence Ave. S.W.  
Street Number and Street Name or P.O. Box No.

Washington DC  20250  
City, State and Zip Code

Relationship to Entity/Authority to Receive

fedex  
Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court  
Copy 2 - United States Marshals Service  
Copy 3 - Addressee  
Copy 4 - USMS District Suspense

USM Form-299  
Rev. 05/10  
Automated 10/03





# FedEx

## TRACK ANOTHER SHIPMENT

**772549401982**

**ADD NICKNAME**

 

 Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

ⓘ  No scheduled delivery date available at this time.

## Scheduled delivery: Pending

**DELIVERY EXCEPTION**
**WASHINGTON, DC**
**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| buffalo, NY US | WASHINGTON, DC US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 772549401982 | FedEx Express Saver | 0.5 lbs / 0.23 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 0.5 lbs / 0.23 kgs | Shipper |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 1/6/21 |

| STANDARD TRANSIT | SCHEDULED DELIVERY | |
|---|---|---|
| 1/11/21 by 4:30 pm | Pending | |

## Travel History

**TIME ZONE**
Local Scan Time

Monday, January 18, 2021

# FedEx Express®

ORIGIN ID:BUFA  (716) 348-5304
JENNIFER PEARSON
UNITED STATES MARSHALS SERVICE
2 NIAGARA SQ
4TH FLOOR
BUFFALO, NY 14202
UNITED STATES US

SHIP DATE: 06JAN21
ACTWGT: 1.00 LB
CAD: 106380687/INET4280

BILL SENDER

TO **DEPARTMENT OF AGRICULTURE**

**1400 INDEPENDENCE AVE S.W.**

**WASHINGTON DC 20250**
(202) 720-2791  REF:
INV.
PO:  DEPT

56BJ1/1136/B766




FedEx Express
J20202007140/uv

**Extremely Urgent**

MON - 11 JAN 4:30P
**EXPRESS SAVER**

TRK# 0201  7725 4940 1982

**SK WASA**  20250
DC-US  IAD



R1 807  9 16:30  B
FZ B01  1982 01 08

1/5/2021

FedEx Ship Manager - Print Your Label(s)

20-CV-7039