3199 Walworth Road
Walworth, NY 14568
January 28, 2021

RE:  Case #20-CV-7039

Federal District Court of Wester New York State
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614-1387



Dear Staff:

I am in receipt of the notice regarding an inexecutable summons for the U.S. Attorney's Office for USDA staff member Andrea D'Ambrosio.

I have reviewed 7 CFR § 1.41, the primary statute for service of process for the federal government as well as the Department of Justice website to confirm a valid address for service. The address for mailing service of process to the U.S. Attorney's Office is 555 Fourth Street, N.W., Washington, D.C. 20530.

Enclosed are updated process receipts for the three federal defendants with the updated address for the U.S. Attorney's Office and contact information.  I respectfully request your office could serve the three individuals again at the correct address.  If this is something I must do, please reply in such manner so I can make sure the three defendants are served.  My phone number is (315) 538-8316 and email address is carrieleo15@gmail.com.  If writing is the preferred response, my address in the header of this letter is both that of my home as well as my home office.

Thank you very much for your assistance and your patience.  I hope this change in address and reservice of these defendants doesn't pose any hardship or inconvenience on your office.

Sincerely,

Carrie M. Leo, Plaintiff *pro se*

enc.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-CV-7039 |
| DEFENDANTS | TYPE OF PROCESS |
| NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Andrea D'Ambrosio - Animal Care Inspector of the United States Department of Agriculture
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Civil Process Clerk, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carrie M. Leo *(Plaintiff)*
3199 Walworth Road
Walworth, NY 14568

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Hours open: 8:30 AM - 4:30 PM
General Phone Number for the U.S. Attorney's Office: (202) 252-2500

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (315) 538-8316
DATE: 1/28/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date    Time    ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-CV-7039 |
| **DEFENDANTS** | **TYPE OF PROCESS** |
| NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sonny Perdue - Secretary of the United States Department of Agriculture

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Civil Process Clerk, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carrie M. Leo (Plaintiff)
3199 Walworth Road
Walworth, NY 14568

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Hours open: 8:30 AM - 4:30 PM
General Phone Number for the U.S. Attorney's Office: (202) 252-2500

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (315) 538-8316
DATE: 1/28/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date        Time        ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-CV-7039 |
| **DEFENDANTS** | **TYPE OF PROCESS** |
| NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Department of Agriculture
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Civil Process Clerk, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carrie M. Leo *(Plaintiff)*
3199 Walworth Road
Walworth, NY 14568

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Hours open:  8:30 AM - 4:30 PM
General Phone Number for the U.S. Attorney's Office:  (202) 252-2500

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (315) 538-8316
DATE: 1/28/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date         Time    ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

ROCHESTER NY  144

29 JAN 2021   PM 1   L



FOREVER / USA

United States District Court Clerk
2120 U.S. Courthouse
100 State Street
Rochester, New York 14614-1387



USDC-WDNY
FEB - 1 2021
ROCHESTER

14614-136899