# Exhibit C

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**
Wildlife Rehabilitation License - Class I # 1646

# LICENSE
## Under the Environmental Conservation Law (ECL)

| Licensee Information |
|---|

**License Issued To:**
CARRIE M LEO
3199 WALWORTH RD
WALWORTH, NY 14568

(315) 310-5376
 COUNTY: WAYNE
 REGION: 8

| DEC Contact Information |
|---|

DIVISION of FISH and WILDLIFE
SPECIAL LICENSES UNIT
625 BROADWAY, ALBANY, NEW YORK 12233-4752
PHONE: (518) 402-8985     FAX: (518) 402-8925
WEBSITE: http://www.dec.ny.gov

| License Authorizations |
|---|

**Wildlife Rehabilitation License - Class I**
License #  1646

| | | |
|---|---|---|
| New  License | Effective Date: 1/9/2012 | Expiration Date: 12/31/2016 |
| Modification # 1 | Effective Date: 2/11/2016 | Expiration Date: 12/31/2016 |
| Modification # 2 | Effective Date: 6/1/2016 | Expiration Date: 12/31/2016 |

| NYSDEC Approval |
|---|

**By acceptance of this license, the licensee agrees that the license is contingent upon strict compliance with the ECL, all applicable regulations, and all conditions included as part of this license.**

| License Regulations |
|---|

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
Wildlife Rehabilitation License - Class I # **1646**

6 NYCRR Part 189
6 NYCRR Part 184
6 NYCRR Part 182
6 NYCRR Part 175
ECL 11-0919
ECL 11-0537
ECL 11-0535
ECL 11-0515 (3)

# WILDLIFE REHABILITATION LICENSE - CLASS I - LICENSE CONDITIONS

**1. WRL - Authorization** The licensee is authorized to provide rehabilitative care to injured, orphaned or distressed wildlife, except no rabies vector species (bats in the Family Vespertilionidae, raccoon (*Procyon lotor*) or striped skunk (*Mephitis mephitis*)) may be possessed or rehabilitated pursuant to this license. Such care may include capture, possession, transport, housing, feeding and release to the wild. This license does not authorize the licensee to rehabilitate species that are not "wildlife" under the Environmental Conservation Law.

**2. WRL –White-tailed Deer, Black Bear Cubs and Moose Calves Mandatory Notification of Receipt or Release** The licensee shall notify the Special Licenses Unit (SpecialLicenses@dec.ny.gov, 518-402-8985) within forty-eight (48) hours following the acquisition of any white-tailed deer fawn (*Odocoileus virginianus*), American black bear cub (*Ursus americanus*) or moose calf (*Alces alces*) and prior to release of any white-tailed deer fawn, black bear cub or moose calf. The licensee shall notify the Special Licenses Unit upon the acquisition of any adult white-tailed deer.

**3. WRL – White-tailed Deer, Black Bear and Moose Tagging Requirements** The licensee shall, prior to release, permanently mark any rehabilitated white-tailed deer (*Odocoileus virginianus*), black bear cub (*Ursus americanus*), or moose calf (*Alces alces*) that has been chemically immobilized or received other drug treatment with an ear tag stating DO NOT CONSUME, FOR REPLACEMENT TAG CALL: 1-844-332-3267. The licensee shall notify the Special Licenses Unit as per license condition **WRL – Mandatory Notification of Receipt or Release of White-tailed Deer, Black Bear cubs and Moose calves** and report all tagging information prior to the release of any rehabilitated animal that has been tagged.

**4. WRL – White-tailed Deer Rehabilitation of Adults Restricted** The licensee may possess adult white-tailed deer (*Odocoileus virginianus*) for the purpose of rendering assistance or transporting for euthanasia provided that such possession does not exceed 48 hours. Within 48 hours of taking possession of an adult white-tailed deer the licensee shall either release or euthanize the white-tailed deer.

**5. WRL – White-tailed Deer Fawn Rehabilitation Period** White-tailed deer fawns (*Odocoileus virginianus*) shall only be possessed for rehabilitation from April 15 to September 15. The licensee shall not possess any white-tailed deer after September 15 without prior written approval from the Special Licenses Unit (518-402-8987, SpecialLicenses@dec.ny.gov).

**6. WRL –Moose Rehabilitation of Adults Prohibited** The licensee shall not take, receive, capture,

**Draft  License**                                                                                                   Page 2 of 7

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
Wildlife Rehabilitation License - Class I # 1646

possess or rehabilitate adult moose (*Alces alces*).

 **7.  WRL - Moose Calf Rehabilitation Period**  Moose calves (*Alces alces*) shall only be possessed for rehabilitation from April 15 to September 15. The licensee shall not possess any moose after September 15 without prior written approval from the Special Licenses Unit (518-402-8987, SpecialLicenses@dec.ny.gov).

 **8.  WRL – Black Bear Rehabilitation of Adults Prohibited**  The licensee shall not take, receive, capture, possess or rehabilitate adult American black bear (*Ursus americanus*).

 **9.  WRL – Black Bear Cubs Weight Restrictions**  The licensee shall not accept an American black bear cub weighing over 25 pounds for rehabilitative care without prior written approval from the Special Licenses Unit (518-402-8987, SpecialLicenses@dec.ny.gov)
The licensee shall not accept any American black bear cub weighing over 100 pounds for rehabilitation.

 **10.  WRL – Black Bear Cubs Required Release Date**  The licensee shall release American black bear cubs (*Ursus americanus*) no later than September 15 in the year they were received. Black bear cubs that cannot be released by this date may be held for continued rehabilitative care provided the black bear is released no later than May 1 of the following year. The licensee shall notify and obtain written approval from the Special Licenses Unit (SpecialLicenses@dec.ny.gov, 518-402-8985) for any black bear cub deemed necessary to hold after September 15 or after May 1 for overwintered cubs.

 **11.  WRL – White-tailed Deer, Black Bear and Moose Transfer for Continued Possession Prohibited**  White-tailed deer (*Odocoileus virginianus*), American black bear (*Ursus americanus*) and moose (*Alces alces*) possessed under the authority of a wildlife rehabilitation license shall not be transferred to another license for possession.

 **12.  WRL – Possession of Captive Bred Animals of the Genus Alces, Cervus or Odocoileus Prohibited if Rehabilitating Wild WTD  or Wild Moose**  The licensee shall not possess any captive bred animals of the Genus Alces, Genus Cervus or Genus Odocoileus if he or she rehabilitates or possesses any wild white-tailed deer or wild moose under this license.

 **13.  WRL – Taxidermy Prohibitions**  The licensee shall not engage in the art or operation of preparing, stuffing, and mounting the skins or other parts of animals of the the Genus Alces, Genus Cervus or Genus Odocoileus if he or she rehabilitates or possesses any wild white-tailed deer or wild moose under this license.

 **14.  WRL – Mute Swan Disposition**  Live Mute Swans (*Cygnus olor*) obtained pursuant to this license shall only be:
a) euthanized;
b) transferred to a Department approved facility authorized to possess live wild mute swans; or
c) released back to the wild as authorized in license condition **WRL – Mute Swan Release Restrictions** and **WRL – Mandatory Notification of Release of Mute Swans.**

 **15.  WRL – Mute Swan Release Restrictions**  Mute swans shall not be released to the wild in New York State except in Orange, Rockland, Putnam, Westchester, Bronx, Kings, Queens, Manhattan, Richmond, Nassau and Suffolk Counties provided the mute swans:
a)  were originally taken from the wild in Orange, Rockland, Putnam, Westchester, Bronx, Kings, Queens, Manhattan, Richmond, Nassau or Suffolk Counties;
b)  are rehabilitated and released by Department licensed wildlife rehabilitators in Orange, Rockland, Putnam, Westchester, Bronx, Kings, Queens, Manhattan, Richmond, Nassau or Suffolk Counties; and

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**
**Wildlife Rehabilitation License - Class I # 1646**

c) the licensee shall not release any mute swans without a 6 NYCRR Part 575 Invasive Species permit from the Department Regional Natural Resources Supervisor (http://www.dec.ny.gov/about/50230.html) authorizing the specific release location.

**16. WRL – Mute Swan Mandatory Notification of Release**  The licensee shall notify the Special Licenses Unit (518-402-8987, SpecialLicenses@dec.ny.gov)
at least forty-eight (48) hours prior to release of any mute swan and shall not release any mute swans without Department approval.

**17. WRL – Endangered or Threatened Species Mandatory Notification of Receipt**  The licensee shall notify the Special Licenses Unit (518-402-8987, SpecialLicenses@dec.ny.gov) within forty-eight (48) hours of the collection or acquisition of any endangered or threatened species.

**18. WRL - Migratory Birds USFWS Permit Requirement for Rehabilitation**  The licensee shall not rehabilitate Migratory Birds, as listed in Title 50 of the Code of Federal Regulations Section 10.13, without a corresponding Federal Permit issued by the United States Fish and Wildlife Service.

**19. WRL – Importation of Wildlife into New York State Without Written Permission Prohibited**
The licensee shall not import or accept wildlife from outside New York State pursuant to this license without written permission from the Special Licenses Unit 625 Broadway, Albany, NY 12233
(SpecialLicenses@dec.ny.gov, 518-402-8985).

**20. WRL - Transport of Mammals into Nassau and Suffolk Counties Restrictions**  Mammals held under this license may not be transported into Nassau or Suffolk Counties without written approval from the Regional Wildlife Manager
NYSDEC Region 1 Headquarters
SUNY@Stonybrook 50 Circle Rd
Stony Brook, NY 11790-3409

**21. WRL - Release of Rehabilitated Animals to the Wild**  Wildlife that has been successfully rehabilitated shall be immediately released to the wild as per Condition: **WRL – All - Release of Rehabilitated Animals to the Wild Requirements**, of this license. This license does not authorize permanent possession of wildlife.

**22. WRL - Release of Rehabilitated Animals to the Wild Requirements**  When releasing wildlife to the wild, the licensee shall make every reasonable attempt to release the animal in suitable habitat at or near the location where it was taken from the wild and where the licensee has permission from the landowner to release the wildlife. This license does not authorize the licensee to trespass on private property.

**23. WRL – Disposition of Non-Releasable Wildlife**  Wildlife deemed to be incapable of surviving if released to the wild shall be euthanized or may be transferred to another individual who possesses a valid license to possess such live, non-releasable animal. The transfer of white-tailed deer, black bear and moose to another license for possession is prohibited as per license condition **WRL – White-tailed Deer, Black Bear and Moose Transfer for Continued Possession Prohibited.**

**24. WRL – Animal Carcass Disposition**  Wildlife held pursuant to this license that dies or is euthanized shall be:
a) donated to an individual who possesses a valid license to possess such specimens; or
b) immediately buried or incinerated; or
c) utilized as food for wildlife held pursuant to this license.

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**
**Wildlife Rehabilitation License - Class I # 1646**

**25. WRL - Practice of Veterinary Medicine Prohibited**  The licensee shall not practice veterinary medicine as defined in the New York State Education Law Article 135.

**26. WRL - Consultation with Licensed Veterinarians**  The licensee shall consult licensed veterinarians, as necessary, to ensure that proper medical care is administered to injured, orphaned or distressed wildlife.

**27. WRL - Humane and Professional Practice of Wildlife Rehabilitation**  The licensee shall practice wildlife rehabilitation in a humane and professional manner.

**28. WRL – Minimizing Habituation**  The licensee shall employ methods that prevent or minimize habituation or imprinting of wildlife on humans including limiting contact with the animals and providing caging that limits the wildlife's exposure to the licensee and other humans and domestic pets and livestock.

**29. WRL – Exhibition Prohibited**  The licensee shall not exhibit wildlife held pursuant to this license.

**30. WRL – Direct Contact with the Public and Domestic Animals Prohibited**  The licensee shall not allow direct contact between wildlife possessed under the authority of this license and the general public, domestic pets or livestock animals.

**31. WRL 1 - Volunteers Authorized**  The licensee may allow volunteers to assist at his or her wildlife rehabilitation facility provided that such volunteers do not handle any wildlife.

**32. WRL - Wildlife Rehabilitator Identification Card**  The licensee must carry, on their person, a Wildlife Rehabilitator Identification card, provided by the NYS DEC, when in possession of wildlife while afield.

**33. WRL – Charge for Service Prohibited**  The licensee shall not require payment for the care or treatment of wildlife.

**34. WRL – Participation in Training Programs**  The licensee shall participate in training programs required by the department.

**35. WRL – Compliance With Special Licenses Unit Instructions**  The licensee shall comply with specific instructions from the Special Licenses Unit regarding the release, transfer or euthanasia of any animals held pursuant to this license.

**36. WRL – Weekly Maintenance of Wildlife Rehabilitator Log**  The licensee shall keep and maintain an accurate record known as the Wildlife Rehabilitator Log on a weekly basis.

**37. WRL – Reporting Requirement**  The licensee shall submit to the Special Licenses Unit 625 Broadway, Albany, NY 12233 (SpecialLicenses@dec.ny.gov, 518-402-8985) an accurate and complete Wildlife Rehabilitation Log and Wildlife Rehabilitator Log Tally prior to December 1 in each year except in the year when the license expires and the licensee is renewing his or her license. In the year that the licensee is renewing his or her license, the licensee shall comply with the requirements of license condition: **GC – License Renewal.**

# GENERAL CONDITIONS - Apply to ALL Authorized Licenses

**1. GC – Licensee Shall Read All Conditions**  The licensee shall read all license conditions prior to conducting any activities authorized pursuant to this license.

**Draft License**                                                                                                                           **Page 5 of 7**

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**
**Wildlife Rehabilitation License - Class I # 1646**

**2. GC – License is Not Transferrable**  This license is not transferrable and is valid only for the person identified as the licensee.

**3. GC – Licensee Responsible for Federal, State or Local Permits/Licenses**  The licensee is responsible for obtaining any and all necessary, corresponding Federal, State or local permits or licenses prior to conducting any activity authorized pursuant to this license.

**4. GC – Reasons for Revocation**  This license may be revoked for any of the following reasons:

i.  licensee provided materially false or inaccurate statements in his or her application, supporting documentation or on required reports;
ii. failure by the licensee to comply with any terms or conditions of this license;
iii. licensee exceeds the scope of the purpose or activities described in his or her application for this license;
iv. licensee fails to comply with any provisions of the NYS Environmental Conservation Law, any other State or Federal laws or regulations of the department directly related to the licensed activity;
v. licensee submits a check, money order or voucher for this license or application for this license that is subsequently returned to the department for insufficient funds or nonpayment after the license has been issued.

**5. GC – Licensee Shall Carry Copy of License**  The licensee shall carry a copy of this license or a document provided by the department, if relevant, when conducting activities pursuant to this license.

**6. GC – Licensee Shall Notify of Change of Address**  The licensee shall notify the Special Licenses Unit in writing, by mail or email, within five (5) days of the official change of residence.

**7. GC – Licensee is Liable for Designated Agents**  If designated agents are authorized pursuant to this license, the licensee shall be liable and responsible for any activities conducted by designated agents pursuant to this license or any actions by designated agents resulting from activities authorized by this license.

**8. GC – Licensee Renewal**  The licensee shall submit a written request for the renewal of this license prior to the expiration date listed on the license. The licensee shall include accurate and complete copies of any required reports with their renewal request. This renewal paperwork shall be sent to:

NYSDEC
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752.

This license is deemed expired on the date of expiration listed on the license.

## NOTIFICATION OF OTHER LICENSEE OBLIGATIONS

**MN– Licensee is Liable**
The licensee shall be liable and responsible for any activities conducted under the authority of this license or any actions resulting from activities authorized by the license.

**MN – Access by Law Enforcement**
The licensee shall allow representatives of the NYS DEC Division of Law Enforcement to enter the licensed

**Draft  License**                                                                                                         **Page 6 of 7**

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
**Wildlife Rehabilitation License - Class I # 1646**

premises to inspect his or her operations and records for compliance with license conditions.

**Trespassing Prohibited**
This license is not a license to trespass. The licensee shall obtain permission from the appropriate landowner/land manager prior to conducting activities authorized pursuant to this license