# Exhibit D




Special Licences Unit

January 20, 2017

Paul Stringer
New York State Department of Environmental Conservation
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752

Dear Mr. Stringer,

Please find enclosed the completed Wildlife Rehabilitator renewal application.

If you have any questions or concerns and need further information from me or need to talk to me, you may call my attorney, Mr. Ron Valentine, at his work number, 315.597.5724.

If you'd prefer to talk to me directly, please use 315.310.5376 to contact me as the phone number on this letterhead is no longer valid. Please understand that phone calls from the DEC to my phone will be recorded.

Thank you,

Carrie Leo

cc: Ronald C. Valentine, Esq.

3199 Walworth Road
Walworth, NY 14568

phone: 585.410.3017
email: caringforcottontails@gmail.com

http://www.caringforcottontails.org



# New York State Department of Environmental Conservation

## NOTICE OF LICENSE RENEWAL
## This is NOT a License

Date: 10/17/2016

CARRIE M LEO
3199 WALWORTH RD
WALWORTH, NY 14568

COUNTY: WAYNE

REGION: 8



| | |
|---|---|
| **License Number:** 1646 | **License Type:** Wildlife Rehabilitation License - Class I |
| | **License Expiration Date:** 12/31/2016 |
| | **License Renewal Fee:** $.00 |

This "Notice of License Renewal" form is the form you must use to renew your current license. The completed Notice of License Renewal form along with all other required documents must be received by the Special Licenses Unit prior to the expiration date listed on the license.

**To Renew Your Current License You Must:**

Step 1. Check the license renewal option on page 2 of this form that applies to your renewal.
Step 2. Attach any required Annual Reports or other required documents to this form.
Step 3. Enclose a check for the license fee (if required).
Step 4. Sign and date this form.
Step 5. Send the completed form, copies of the Annual Report or other documents as required by the license conditions on your current license, check for the license fee, and a signed and dated copy of this form, to the Special Licenses Unit at the address listed on page 3 of this form.

For additional information or if you have questions concerning the license renewal process, you can contact the Special Licenses Unit at:

   Phone:  (518) 402-8985
   Fax:    (518) 402-8925
   Email:  fwslu@gw.dec.state.ny.us
   Web site: www.dec.ny.gov/permits/359.html

**License#: 1646**      License Type: Wildlife Rehabilitation License - Class I

**Step 1: Check the option that applies.**

    A.  I DO NOT WANT TO RENEW MY LICENSE:  If you DO NOT want to renew your current license, please check the line below and follow the instructions: (check line and submit required forms).

    \_\_\_\_ I <u>do not</u> want to renew my current license identified on this form.

    (Please attach copies of your Annual Report or other documents as required by the license conditions on your current license.  <u>If applicable, please include a description of the measures you will take to legally dispose of the live animals held under your current license.</u>)

    B.  I WANT TO RENEW MY LICENSE WITH NO CHANGES: If you want to renew your current license with no changes, please complete the information requested below: (check line and submit required forms).

    \_\_\_\_ I want to renew my current license with no changes.

    I hereby certify that the information submitted on my original application for the license identified on this form is correct: \_\_\_\_ Yes, \_\_\_\_ No.

    (Please attach copies of your Annual Report or other documents as required by the license conditions on your current license.)

    C.  I WANT TO RENEW MY LICENSE WITH CHANGES:  If you want to renew your current license with any changes, (such as an address change, adding or removing an animal, changing a study design or similar changes), you must provide a detailed description of the changes you are requesting in the space provided below or you may attach a letter to this form with a detailed description of the changes you are requesting.  Please be advised that some requests for changes to the terms and conditions of your current license may require you to complete a new application.  If your request requires significant changes to your license, the Special Licenses Unit will send you a new application.

 I want to renew my current license and I am requesting the following changes to my new license.

License#: 1646        License Type: Wildlife Rehabilitation License - Class I

I AM REQUESTING THAT THE FOLLOWING CHANGES BE MADE TO MY NEW LICENSE. (Please attach additional sheets if necessary.)

_Six Virginia Opossums. These are 3-4 yrs old opossums._
_1 Arc(a)_

**Step 2.** Attach copies of your Annual Report or other documents as required by the license conditions on your current license. Please read your license conditions and attach copies of any reports or other documents that are required.

**Step 3.** Attach a check or money order for your license fee (if required) payable to: New York State Department of Environmental Conservation (Please Do Not Send Cash).

**Step 4.** Sign and date the Notice at the bottom of this form.

**Step 5.** In order for the Special Licenses Unit to process your renewal request, you must send: 1) a complete signed and dated copy of this "Notice of License Renewal" form, 2) a copy of your Annual Report form or other documents as required by the license conditions on your current license, and 3) a check or money order for your license fee (if required). Please send this material prior to the expiration date listed on the license to:

NYSDEC
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752

**NOTICE:** Pursuant to Environmental Conservation Law section 3-0301(2)(q), false statements made on this document are punishable pursuant to section 210.45 of the New York State Penal Code.

**I certify that the information I provided on this document and the attached documents are correct to the best of my knowledge:**

_[signature]_                                              1/20/17
**Signature of Licensee**                                  **Date**

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**

Division of Fish and Wildlife, Special Licenses Unit
625 Broadway, Fifth Floor, Albany, New York 12233-4752
P: (518) 402-8985 I F: (518) 402-8925
www.dec.ny.gov

December 29, 2016

Carrie Leo
3199 Walworth Rd
Walworth NY 14568

Dear Ms. Leo:

The Department received a letter from you on December 21, 2016 indicating that you did not receive a renewal application from our office. We are resending a copy of the renewal application to you along with a letter that was sent to all Wildlife Rehabilitation licensees on October 25, 2016. Both the application and letter are enclosed with this letter.

Please contact our office if you have any questions concerning the renewal process.

Sincerely;
Special Licenses Unit

NEW YORK STATE OF OPPORTUNITY | Department of Environmental Conservation



3199 Walworth Road
Walworth, NY 14568
December 17, 2016

New York State Department of Environmental Conservation
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752

RE: Wildlife Rehabilitator License Renewal

I have not received my wildlife rehabilitator renewal form. Please send to:

    3199 Walworth Rd
    Walworth, NY 14568

My license number is 1646 and expires on December 31, 2016. Per your rules as stated on your website, I'm required to contact your office for a renewal form if one has not been received two weeks prior to its expiration date, which is Dec 31, 2016.

If you need to contact me for any reason pertaining to this issue, please call my attorney, Ron Valentine, at 315.597.5724. Thank you.

Carrie Leo