Exhibit G



July 13, 2016

RECEIVED
JUL 18 2016
SPECIAL LICENSES UNIT

Paul Stringer
New York State Department of Environmental Conservation
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752

Dear Mr. Stringer,

Please find enclosed my LCP-EE renewal application and supporting documentation
for animals I'm requesting to be included on the license.  The animals I request to be
included are:

**2 Fishers** (Male & Female)
    Certificate of Veterinary Inspection Included from *Sweet Memories Zoo*-WI
**2 NA Porcupines** (Male & Female)
    Male from Becky Smith Record of Acquisition included
    Female from Tyler Thomas NYSWRL (NYS LPS #119 , USDA 21-C-0391)
**2 Eastern Gray Squirrels** (2 Males)
    "Reggie" our non-releasable gray squirrel, vet letter from Dr. Wade enclosed
    "Doofus" another non-releasable male gray squirrel from *Volunteers for
        Wildlife* – vet letter enclosed.
**2 Eastern Chipmunks** (1 Female, 1 Male)
    "Howie" – 1 male eastern chipmunk from A.W.A.R.E. in Atlanta, GA
    "Tootsie" - female also from A.W.A.R.E. in Atlanta, GA
    vet letters for both chipmunks are enclosed
**4 Virginia Opossums**
    All four opossums were our rehab patients that were deemed non-releasable
    by Dr. Wade – assessment included in letter that also addresses Reggie, the
    gray squirrel.
**1 Groundhog** (Male)
    "Whistles" from Wildlife Rescue Center of Hampton Bays, NY.
    Vet letter from Dr. Justin Molnar enclosed.

If you need to do so, please use the phone number 315.310.5376 to contact me as the
phone number on this letterhead is no longer valid.

Thank you.

Carrie Leo

Carrie Leo

3199 Walworth Road
Walworth, NY 14568

phone:  585.410.3017
email:  caringforcottontails@gmail.com

http://www.caringforcottontails.org

*Caring For Cottontails Wildlife Rescue & Rehabilitation, Inc.*
Specializing in the Eastern Cottontail Rabbit but rescuing other species as well!



**New York State Department of Environmental Conservation**

**NOTICE OF LICENSE RENEWAL**
**This is NOT a License**

**Date:** 6/1/2016

CARRIE M LEO
3199 WALWORTH RD
WALWORTH, NY 14568

COUNTY: WAYNE

REGION: 8



**License Number:** 623

**License Type:** License to Collect or Possess - Education/Exhibition

**License Expiration Date:** 7/7/2016

**License Renewal Fee:** $10.00

This "Notice of License Renewal" form is the form you must use to renew your current license. The completed Notice of License Renewal form along with all other required documents must be received by the Special Licenses Unit prior to the expiration date listed on the license.

**To Renew Your Current License You Must:**

Step 1. Check the license renewal option on page 2 of this form that applies to your renewal.
Step 2. Attach any required Annual Reports or other required documents to this form.
Step 3. Enclose a check for the license fee (if required).
Step 4. Sign and date this form.
Step 5. Send the completed form, copies of the Annual Report or other documents as required by the license conditions on your current license, check for the license fee, and a signed and dated copy of this form, to the Special Licenses Unit at the address listed on page 3 of this form.

For additional information or if you have questions concerning the license renewal process, you can contact the Special Licenses Unit at:

Phone:   (518) 402-8985
Fax:     (518) 402-8925
Email:   fwslu@gw.dec.state.ny.us
Web site: www.dec.ny.gov/permits/359.html

**License#: 623 License Type: License to Collect or Possess - Education/Exhibition**

---

**Step 1: Check the option that applies.**

    A. I DO NOT WANT TO RENEW MY LICENSE:  If you DO NOT want to renew your current license, please check the line below and follow the instructions: (check line and submit required forms).

_____ I <u>do not</u> want to renew my current license identified on this form.

    (Please attach copies of your Annual Report or other documents as required by the license conditions on your current license.  <u>If applicable, please include a description of the measures you will take to legally dispose of the live animals held under your current license.</u>)

    B. I WANT TO RENEW MY LICENSE WITH NO CHANGES: If you want to renew your current license with no changes, please complete the information requested below: (check line and submit required forms).

_____ I want to renew my current license with no changes.

    I hereby certify that the information submitted on my original application for the license identified on this form is correct: _____ Yes, _____ No.

    (Please attach copies of your Annual Report or other documents as required by the license conditions on your current license.)

    C. I WANT TO RENEW MY LICENSE WITH CHANGES:  If you want to renew your current license with any changes, (such as an address change, adding or removing an animal, changing a study design or similar changes), you must provide a detailed description of the changes you are requesting in the space provided below or you may attach a letter to this form with a detailed description of the changes you are requesting.  Please be advised that some requests for changes to the terms and conditions of your current license may require you to complete a new application.  If your request requires significant changes to your license, the Special Licenses Unit will send you a new application.

X_ I want to renew my current license and I am requesting the following changes to my new license.

**License#: 623 License Type: License to Collect or Possess - Education/Exhibition**

I AM REQUESTING THAT THE FOLLOWING CHANGES BE MADE TO MY NEW LICENSE. (Please attach additional sheets if necessary.)

Please refer to letter on company letterhead enclosed with this application dated June 12, 2016 and addressed to Mr. Paul Stringer.

**Step 2.** Attach copies of your Annual Report or other documents as required by the license conditions on your current license. Please read your license conditions and attach copies of any reports or other documents that are required.

**Step 3.** Attach a check or money order for your license fee (if required) payable to: New York State Department of Environmental Conservation (Please Do Not Send Cash).

**Step 4.** Sign and date the Notice at the bottom of this form.

**Step 5.** In order for the Special Licenses Unit to process your renewal request, you must send: 1) a complete signed and dated copy of this "Notice of License Renewal" form, 2) a copy of your Annual Report form or other documents as required by the license conditions on your current license, and 3) a check or money order for your license fee (if required). Please send this material prior to the expiration date listed on the license to:

NYSDEC
Special Licenses Unit
625 Broadway
Albany, NY 12233-4752

**NOTICE:** Pursuant to Environmental Conservation Law section 3-0301(2)(q), false statements made on this document are punishable pursuant to section 210.45 of the New York State Penal Code.

**I certify that the information I provided on this document and the attached documents are correct to the best of my knowledge:**

_____          _____June 12, 2016_____
**Signature of Licensee**                                **Date**



**New York State Department of Environmental Conservation**
**Division of Fish, Wildlife & Marine Resources – Special Licenses Unit**
625 Broadway • Albany  • NY 12233-4752 • Tel (518) 402-8985

Email: fwslu@gw.dec.state.ny.us • Website: http://www.dec.ny.gov/permits/359.html:

## Designated Agent Form

In order to add designated agents to your license, you must complete this form and submit to the Special Licenses Unit at the above address.

Your Name (Last Name, First Name, MI)
*Leo, Carrie M.*

Street 1
*3199 Walworth Rd.*

Street 2

| City/Town | State | Zip | County |
|---|---|---|---|
| *Walworth* | *NY* | *14568* | *Wayne* |

| Email Address | Home Telephone | Work Telephone | Cell Telephone |
|---|---|---|---|
| *caringforcottontails @ gmail.com* | | | |

| Today's Date | Your License No. | Your License Type |
|---|---|---|
| *7.9.16* | *623* | *LCP-EE* |

### DESIGNATED AGENTS

| NAME | ADDRESS | AGE | TELEPHONE |
|---|---|---|---|
| *Maria Lucia Dawe* | *3374 Beebe Rd Newfane, NY 14108* | *21* | *716-425-1197* |
| *Andrew Potter* | *6960 Nash Rd. North Tonawanda, NY 14120* | *38* | *716-423-4795* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AH-IN-2 (rev 09/2011)  Page ___ of ___  **35 - 371299**



# WISCONSIN INTERSTATE
# CERTIFICATE OF VETERINARY INSPECTION
(Also for Intrastate Cervid Movement)
Ch. ATCP 10, Wis. Admin. Code; Ch. 95, Wis. Stats.

**PLEASE PRINT LEGIBLY**

*SUBMIT ORIGINAL WITHIN 7 DAYS AFTER ISSUE TO:*
Department of Agriculture, Trade and Consumer Protection
Division of Animal Health
P.O. Box 8911, Madison, WI 53708-8911
Phone: 608-224-4872  Fax: 608-224-4871

| ORIGIN OF SHIPMENT: | ☑ Farm | ☐ Dealer | ☐ Market / Name: | | Shipment Date: 11/29/14 |
|---|---|---|---|---|---|

**IMPORT PERMIT NUMBER:**

**RECONSIGNEE AT PUBLIC SALE**

| Owner or Consignor | Consignee or Destination |
|---|---|
| Special Memories Zoo | Carrie Leo |
| Origin Street Address | Destination Street Address |
| W7013 Spring Rd. | 3194 Walworth Rd. |
| Origin City / State / Zip | Destination City / State / Zip |
| Greenville WI 54942 | Walworth, NY 14568 |
| Owner Mailing Address / City / State / Zip (if different than above) | Destination Mailing Address / City / State / Zip (if different than above) |
| SAME | SAME |
| Phone Number (920) 585-7925 | Premises Registration Number 006YH35 | Phone Number (315) 310-5376 | Premises Registration Number |

Reconsignee Name

Reconsignee Street Address

City / State / Zip      Premises Registration No.

Veterinarian Signature

Phone No. (  )    Vet. Lic. No.
*(Sale veterinarian is responsible for meeting state of destination / other movement requirements)*

| HERD STATUS | | | SPECIES | NUMBER IN SHIPMENT: 2 |
|---|---|---|---|---|

| Disease | Herd Number | Date |
|---|---|---|
| Accredited TB Herd | | |
| Qualified TB Herd | | |
| Cervidae CWD Status | | |
| Brucellosis/Other: | | |

SPECIES:
☐ Cattle  ☐ Poultry
☐ Camelid  ☐ Sheep
☐ Cervidae  ☐ Swine
☐ Goat  ☑ Other
☐ Horse  Fisher

**PURPOSE OF MOVEMENT**
☐ Breeding  ☐ Exhibition/Competition
☐ Feeding  ☐ Medical Treatment
☑ Sale  ☐ Slaughter
☐ Training  ☐ Other _____

**HAULER INFORMATION** (if other than consignee)

Hauler Name

Hauler Address

City / State / Zip

Hauler Phone No. (  )    Hauler Lic. No.

| OFFICIAL IDENTIFICATION | Line No. | LABORATORY ☐ WVDL Madison ☐ WVDL Barron ☐ Other: | | | | TUBERCULOSIS INDIVIDUAL ANIMAL TEST | | BRUCELLOSIS TYPE OF TEST: ___ | | EIA TYPE OF TEST: ___ | | OTHER TEST TYPE OF TEST: ___ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RFID, USDA eartag, Registration number, Breed tattoo | | BREED | SEX | AGE | OCV TATTOO | DATE INJECTED | TEST RESULT | DATE BLED | TEST RESULT | DATE BLED | TEST RESULT | DATE BLED | TEST RESULT |
| No official ID's | 1 | N/A | M | 4 yr | | | | | | | | | |
| | 2 | | F | 4 yr. | | | | | | | | | |
| | 3 | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | |

**VETERINARIAN**: I certify as a veterinarian, accredited and certified by the State of Wisconsin, that the described animal(s) have been inspected by me and that they are not showing any signs of infectious, contagious and/or communicable disease (except where noted). The vaccinations and results of tests are as indicated on this certificate. To the best of my knowledge, the animal(s) listed on this certificate meet the state of destination and Federal interstate requirements. No warranty is made or implied.

| OWNER / AGENT STATEMENT: I certify the animal(s) in this shipment are as listed on this certificate. | Accredited / Licensed Veterinarian Signature [signature] | Veterinarian's License Number 4357 | Phone Number (920) 853-3207 | Date Inspected 11/14/14 |
|---|---|---|---|---|
| Owner / Agent Signature [signature] Gene Wheeler | Veterinarian's Printed Name Thomas F. Young, DVM | Address W3510 St Hwy 114 Hilbert, WI 54129 | | Date Certificate Issued 11/14/14 |

Personal information you provide may be used for purposes other than that for which it was originally collected – sec. 15.04(1)(m), Wis. Stats.      Equal Opportunity Employer

**FORM DISTRIBUTION:  WHITE** (WI State Veterinarian), **CANARY** (State Veterinarian of destination), **PINK** (accompany shipment), **GOLDENROD** (retained by issuing veterinarian)

From: Special Memories Zoo

    W7013 Spring Rd.

    Greenville, WI 54942

    920-585-7925

    35-B-0198

To: Carrie Leo

    3199 Walworth Rd.

    Walworth, NY 14568

    315-310-5376

    21-C-0435

11-29-2014

1 Male Fisher; 4 years old

1 Female Fisher; 4 years old

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average 1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036
0579-0093

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS**
*(Other Than Dogs and Cats)*

[X] SALE   [ ] EXCHANGE OR TRANSFER   [ ] DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3).
Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

1. INVOICE NUMBER: 0915
2. PAGE: 1
3. DATE OF DISPOSITION: 9-4-15
DEALER'S LICENSE NUMBER: 41-A-0474

5. SELLER OR DONOR *(Name and Address, include ZIP Code)*
Jonni + Becky Smith
Back 40 Game Farm
1122 Mapleton Rd
Baxter MN 5425

6. BUYER OR RECEIVER *(Name and Address, include ZIP Code)*
Carrie Leo
3199 Walworth Rd
Walworth NY 14568

7. USDA LICENSE NUMBER *(if any)*
21-C-0435

8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER *(if any)* | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS *(if applicable)* | E. SPECIES | F. AGE-SEX NUMBER YOUNG | | G. NUMBER ADULT | | H. EST. WEIGHT *(lbs.)* | I. REMARKS *(Condition, etc.)* | J. RECEIVER'S USE | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | NA porcupine | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

9. DELIVERY BY *("X" one)*
[ ] Buyer's Truck   [ ] Dealer's Truck *(Seller or Donor)*

10. TRUCK LICENSE NUMBER

11. BILL OF LADING NUMBER

12. NAME AND ADDRESS OF COMPANY OR FIRM *(Include ZIP Code)*
Delta air

13. NAME AND ADDRESS OF TRUCK DRIVER *(Include ZIP Code)*

**DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERY WERE *("X" one)*
[ ] IN APPARENT GOOD CONDITION   [ ] POOR CONDITION   [ ] REJECTED *(Attach explanation for rejection)*

15. TOTAL NUMBER RECEIVED

16. NUMBER DEAD

17. NUMBER ALIVE

18. BY *(Signature)*

19. TITLE

20. DATE

APHIS FORM 7020
JUL 2012



# VOLUNTEERS FOR WILDLIFE
### Wildlife Rehabilitation Hospital & Education Center
#### at Bailey Arboretum

**Founder**
Sarah Hicks Ruppert

**Board of Directors**

JEAN THATCHER
*President*

ROBERT GOETZ
*Vice President*

LESLIE BLOCK
*Secretary*

CLARE LOCICERO
*Treasurer*

BARBARA BEUERLEIN

NINA DENIGRIS

JIM JONES

LAURIE MASS

**Advisory Board**

MARY LENORE BLAIR

BERNADETTE CASTRO

JOHN COLLINS

TRACY DELLOMO

MICHAEL FAIRCHILD

JOEL FAIRMAN

HOYLE & BOTSY JONES

ELLEN LEONHARDT, DVM

JOSEPH LOCICERO

TOM & DIANN MCGRATH

LINDA MISTRETTA

DANIELLE PERRONE, DVM

BASIL TANGREDI, DVM

**STAFF**

**CENTER SUPERVISORS**

LAUREN SCHULZ

ALICIA GRUBESSI

November 5, 2015

To Whom It May Concern,

Volunteers for Wildlife (NYS Wildlife Rehabilitation License #1122) seeks to transfer a non-releasable juvenile Eastern Grey Squirrel to Carrie Leo, permitted wildlife rehabilitator and exhibitor. The squirrel was admitted to Volunteers for Wildlife's rehabilitation hospital in the summer of 2015 as a 6 week old with malocclusion of the upper incisors. His teeth require monthly trimming in order to maintain proper length and alignment. The squirrel is easily handled and can manage well in captivity.

Sincerely,

Ellen Leonhardt, DVM

Animal General of East Norwich
6320 Route 25A
East Norwich, NY 1732
(516) 624-7500

194 Bayville Road, Locust Valley, NY 11560

Wildlife Advisory: (516) 674-0982          Office: (516) 674-0989          Website:
e-mail: wildlifeadvisory@gmail.com          Fax: (516) 674-0985          www.volunteersforwildlife.org

*"Reggie"*
*Opossums*

*Specialized Care for Avian & Exotic Pets*

w w w . B u f f a l o B i r d N e r d . c o m

**Laura Wade**
DVM, Dipl ABVP (Avian)

January 25, 2016

To whom it may concern,

This letter is to confirm my on-site inspection of Carrie Leo's wildlife (Caring for Cottontails Wildlife Rescue and Rehab Inc. USDA 21-C-0435) on August 14, 2015.  In addition, I would like to comment on the status of several of the animals at the site.

Grey squirrel, "Reggie" has had malocclusion since birth, and needs periodic tooth trimming. This medical condition deems him non-releasable.  Otherwise he was found to be in good health.

Several opossum were evaluated and were found in good overall health, however, had been in captivity for a period of time and were quite habituated. Because of Carrie's previous negative experiences in releasing long-captive opossum (resulting in deaths and inappropriate interactions with humans), she had been hesitant to release them at the time.  I contacted a federally licensed wildlife rehabilitator that I know and asked her opinion regarding this situation and she is in agreement that this species does not do well in the wild when overly socialized.  I believe these animals might do well in larger enclosures, transferred for permanent placement.

Six coyote pups were evaluated and although appeared in good health (with negative fecals), appeared too socialized towards humans for release.  I consulted a federally licensed wildlife rehabilitator for her opinion and she felt that the description of the pups behavior deemed them likely non-releasable due to habituation.  In addition, Jami Hammer (Indiana Coyote Rescue Center) evaluated the animals via videos and photographs and agreed they are not suitable for release.

One of the most challenging aspects of wildlife rehabilitation is getting the young injured and sick animals healthy, only to find they have become "less wild" and a risk for their own survival in release.  I have a number of wildlife rehabilitators that have successfully used these animals as ambassadors for education, breeding, and fostering other injured young.  The above-mentioned animals have potential for this option.

Please contact me should you have any questions or concerns.

Sincerely,

*Laura Wade DVM*

NYS Veterinarian (#007785), USDA Accredited, category 2 (#020196)

*"Chippers"?*
*Howie*



# AWARE
## WILDLIFE CENTER

**Preserving Georgia's Wildlife Through Rehabilitation and Education**

February 18, 2015

To:     Georgia Department of Natural Resources
        Wildlife Resources Division

Re:     Non-releasable Chipmunk

On October 19, 2014, a chipmunk (Intake #14-1085) was brought to the Atlanta Wild Animal Rescue Effort (AWARE) for assessment. He had been attacked by a cat.

An examination of the chipmunk revealed evidence of spinal trauma and neurologic signs. As a result of the injury, the chipmunk is unable to walk properly but can otherwise get around. No other significant injuries were found.

Based upon the chipmunk's history and examination, it will not be able to be released back into the wild. While the injuries may make this chipmunk unable to survive in the wild, the chipmunk's temperament and a controlled environment will allow it to have a good quality of life as an education or exhibit animal.

Thank you for your time.

Tarah L. Hadley, DVM, Dipl. ABVP (Avian Specialty)
Executive Director
AWARE Wildlife Center
drtarah@awaregeorgia.org

4158 Klondike Rd                                                        Phone:  (678) 418-1111
Lithonia, GA 30038                                                      EIN: 58-2433175
                                    www.AWAREwildlife.org
                        Federally listed 501 (c) (3), Tax Exempt, Private Non-profit



# AWARE
## WILDLIFE CENTER

**Preserving Georgia's Wildlife Through Rehabilitation and Education**

November 30, 2015

To:     Georgia Department of Natural Resources
        Wildlife Resources Division

Re:     Non-releasable Chipmunk  — Female

On October 15, 2015, a chipmunk (Intake #15-1151) was brought to the Atlanta Wild Animal Rescue Effort (AWARE) for assessment. He had been found curled on the ground.

An examination of the chipmunk revealed evidence of neurologic signs. There was also a wound on the front right leg. No other significant injuries were found.

Based upon the chipmunk's history and examination, it will not be able to be released back into the wild. While the injuries may make this chipmunk unable to survive in the wild, the chipmunk's temperament and a controlled environment will allow it to have a good quality of life as an education or exhibit animal.

Thank you for your time.

Tarah L. Hadley, DVM, Dipl. ABVP (Avian Specialty)
Executive Director
AWARE Wildlife Center
drtarah@awaregeorgia.org

4158 Klondike Rd                              Phone:  (678) 418-1111
Lithonia, GA 30038                            EIN: 58-2433175
                  **www.AWAREwildlife.org**
        Federally listed 501 (c) (3), Tax Exempt, Private Non-profit

November 6, 2014

TO WHOM IT MAY CONCERN:

I have examined the medical records and the woodchuck housed at the Wildlife Rescue Center in Hampton Bays.

The woodchuck was admitted with neurological symptoms – circling and general weakness. Based on past necropsies performed by NYSDEC and examination of organ specimens by Antech Diagnostics of previous woodchucks who succumbed or were euthanized with the same symptoms, the most likely cause was *Baylisascaris procyonis* migration or encephalitis due to *neospora canis*.

While treatment was given and appears to have been successful, the animal apparently still suffers from permanent minor neurological damage; and I have determined that she is non-releasable.

Please contact me if you require additional information.

Sincerely,

Justin Molnar, DVM

**REPORT OF EXHIBITION ACTIVITIES**

| 15.<br>Name of Group or Individual | Address/location of Activity | Date of acitivity | Contact Telephone |
|---|---|---|---|
| Cody Kessler | 3199 Walworth Rd, Walworth 14568 | 5·10·16 | |
| Ken Taeppler | | Fice fieldwork hours (April-May) | 585-730-2917 |
| Chelsea | | " | |
| Tyler Gottstein | | " | 585-645-7019 |
| Robert Swingle | | (Employee) | 315-576-6618 |
| Sally Reaves | | | 585-738-9675 |
| Howie Green + grandson | | | 585-451-7404 |
| Howie Green + wife | | | " " |
| Lona Cornell | | | |
| Ashley Saunders + son | } Lona Cornell's daughters | | |
| Rachel | | | |
| Kim Voss | | (volunteer) | 585-489-6169 |
| Craig Rainbow | | (volunteer) | |
| Heidi Koster + daughters | " | Merch? | 585-944-4754 |

**16. NOTICE:** Pursuant to ECL Section 3-0301(2)(Q) False statements made on this application are punishable pursuant to Section 210.45 of the New York State Penal Code.

July 7, 2016.
_____
Date

Carrie Lee
_____
Signature of Licensee

**REPORT OF EXHIBITION ACTIVITIES**

| 15.<br>Name of Group or Individual | Address/location of Activity | | Date of acitivity | Contact Telephone |
|---|---|---|---|---|
| Alan Pratt | 3199 Walworth Rd., Walworth, 14568 | | (Donor) | 585-489-9739 |
| Dan Walker | | | Visited with Alan Pratt | |
| Dan DuVall | | | February? | |
| Lori DuVall | | | February? | 315-573-0022 |
| Scott Oakleaf | | | Visited with Dan DuVall | Visited wi |
| Andrew Potter + friend | | | late June | 716-423-4795 |
| Joe Beck + friend | | | former volunteer from 2014 | 315-945-9101 |
| Matt Tew | | | employee | 585-397-9043 |
| Chris Stedge | | | employee | 585-236-5437 |
| Zachary McCutcheon | | | volunteer | 315-690-1984 |
| Adam   ? | | | Visited with Alan Pratt | |
| Jim Horton | | | March? | NY licensed NWCO |
| "Andy" (Producer) (Archepeligo film studio) | | | March? | 914-862-4202 |

**16. NOTICE:**  Pursuant to ECL Section 3-0301(2)(Q) False statements made on this application are punishable pursuant to Section 210.45 of the New York State Penal Code.

July 7, 2016.
_____
**Date**

_____
**Signature of Licensee**