# Exhibit H



**State of New York**
**County of Wayne**

RECEIVED

MAR 0 2 2020

Bu_____ _____ Office
NYS Of_____ _____rney General

**County Court**
**Surrogate's Court**
**Family Court**

**JOHN B. NESBITT**
Wayne County Judge
Chambers (315) 665-8086
Fax (315) 665-8108

Room 322
Hall of Justice
54 Broad Street
Lyons, New York 14489-1199

February 26, 2020

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

Christopher C. Gore, Esq.
Assistant Attorney General
Main Place Tower, Suite 300A
350 Main Street, Buffalo, NY 14202

Re:   *Carrie M. Leo v. NYSDEC, et al*
      **Index No. 83559**

Dear Ms. Leo and Mr. Gore:

The Court is in receipt of Mr. Gore's letter dated February 21, 2020 and Ms. Leo's letter dated February 25, 2020.

The Court is in agreement with Mr. Gore's status assessment: the matter bearing index number 83559 is closed.

Very truly yours,

John B. Nesbitt
Acting Supreme Court Justice

JBN:mv