UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

CARRIE M. LEO,

                                Plaintiff,

                    -v-

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, and THE UNITED STATES DEPARTMENT OF AGRICULTURE, and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS—Commissioner, SONNIE PERDUE—Secretary, WILLIAM POWELL—Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN—Director, DEC Special Licenses Unit, ANDREA D'AMBROSIO—USDA Animal Care Inspector, and John/Jane Does #1-15.

                                Defendants.

**Notice of Appearance**
Index No. 6:20-cv-07039
(Hon. Frank P. Geraci, Jr.)

---

       **PLEASE TAKE NOTICE** that Letitia James, Attorney General of the State of New York, by Michele Romance Crain, Assistant Attorney General, of counsel, 144 Exchange Boulevard, Suite 200, Rochester, New York 14614 appears as Attorney for the defendants New York State Department of Environmental Conservation, Basil Seggos, William Powell and Joseph Therrien, in the above captioned action.

       Defendants demand that copies of all pleadings in the above matter be served on their Attorney, Letitia James, Attorney General of the State of New York, by Michele Crain, Assistant Attorney General, of counsel, electronically at Michele.Crain@ag.ny.gov or by mail at 144 Exchange Boulevard, Suite 200, Rochester, New York 14614.

March 23, 2021

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants *O'Donnell and Roberts*

                                      s/Michele Romance Crain
                                      MICHELE ROMANCE CRAIN
                                      Assistant Attorney General of Counsel
                                      NYS Office of the Attorney General
                                      144 Exchange Boulevard, Suite 200
                                      Rochester, New York 14614
                                      Telephone:(585) 546-7430
                                      Michele.Crain@ag.ny.gov