3199 Walworth Road
Walworth, NY 14568
April 18, 2021



**VIA USPS**
Judge Frank P. Geraci, Jr.
U.S. District Court of the Western District of New York
2 Niagara Square
Buffalo, NY 14202-3350

Dear Judge Geraci,

On March 29, 2021 I sent a letter with accompanying documents for service of the defendants. After this mailing, I saw that another notice had been filed indicating the USDA defendants have not sent back acknowledgments for the service of process sent by your office.

Accompanying this letter is a summons and Process Receipt for all three defendants addressed for the Office of General Counsel located in the Regional Center in North Carolina. I would like to request your office can send these last papers to the address noted on the papers.  I really appreciate you're the assistance your court and staff have provided in my serving the defendants.

On another note, I would like to request the court reconsider it's denial of my request for counsel. Every one of my other cases is halted at the discovery phase and can't go any further. This is due to the defendants in the case at bar and their interference with the cases. In one case I had to wait over four months for the judge to grant my *Motion to Compel*.  When she did, the other side almost entirely refused to answer every question in my combined discovery requests.

In the same case, the judge took an abrupt reversal in her treatment of me.  Her and the defense counsel seemed to be on the same "wavelength", so to speak, and I started to feel I was the only one in the case who wasn't privy to certain communication reaching the judge.  The defense counsel and the judge both blatantly lied about personal property of mine (to which I was granted a writ of replevin by the judge before she fell under the influence from external non-parties to the case) stating it wasn't retrievable anymore since the defendants in that case didn't possess it. The defense attorney even went as far as to say his clients never possessed it.  These statements are not true.  Evidence submitted by me clearly shows my property is still there and had always been there since April 20, 2017.  However, the judge is refusing to allow me repossession of my property.

I am sure the NYSDEC and the USDA are behind the changes in treatment I've experienced with several judges.  More recently, another judge brought up on the record the termination of my USDA license which he only would have known if an external influencer informed him of such. Anything to do with licensing in that specific case has no relevance; although the judge wanted to mention it, presumably to include it on the record perhaps to cause prejudice should an appellate court or anyone else review the hearing transcripts.  The same judge also assinuated or implied I was lying regarding the information I used to support my request for fee waiver basically making

the argument that, since years ago, I paid $4000 for a pair of badgers (for my exotic animal business), I must have a better financial position than what I'm claiming. However,

Unfortunately, each judge is allowing communication from outside parties which then influence the treatment I receive as a party to the case. There is also at least one statement circulating which was written by defendant Joe Therrien containing many falsehoods including how my animals were formally confiscated and given to other people. To this day, I'm refused a copy of the statement since the defendants do not want me to successfully refute the falsehoods they've put forth and which have prejudi8ced me in every one of my cases.

I have reason to believe the following falsehoods have been put forth by the person or people contacting the judges in all of my cases. Unfortunately it seems every judge has allowed him/herself to be influenced by the statements which are not true. Furthermore, they seem to follow a plan which resembles a similar plan the defense attorneys follow, almost as if they are coordinating their actions in what they file and when, etc.
- My animals were confiscated from me because I allegedly didn't take care of them;
- It has been brought to my attention that pictures of another facility in which a SPCA raid took place are being portrayed as the facility belonging to and run by me. This is not correct. This facility was over a two-hour drive from my facility and wasn't owned nor run by me.
- Because I'm not allowed to have my animals back, according to the influencer, my cases were filed in bad faith and thus should be dismissed in favor of the defendant. This is why every attorney has used the same strategy after the court is contacted by the Influencer.
- I deserve to pay for everyone's attorney fees and try to get as many monetary sanctions against me as possible.
     This is likely being done in order to punish me from accessing the justice system in looking to be compensated for the damage the defendants in the case at bar have done unlawfully and my desire to re-establish my business as a wildlife center outside the state of New York.
- It is important to understand that all of this has been done "in secret" (behind my back) and not to be disclosed to me, which I thought was a violation of the rules of court. However, the judges seem to be led around by the influencers thereby denying me a fair trial or even one at all.
- I also have reason to believe any discovery responses I give to requests made of me from the defense attorneys (in more than one of my pending cases) have been shared on the outside of the cases, such as with the influencers. It is also my understanding this is a violation of the rules as well.

     The most recent violation was just the other day when the judge mentioned things about my USDA licensing, etc. which he would not have known unless he interfaced with the USDA. I never mentioned it since it has nothing to do with the case. However, the judge made it part of the record. Although he granted my Motion to Compel, the so-called sensitive documents as the defense would have it, ended up being blank forms. This is coming from the defendant who, as a licensed veterinarian, has falsified evidence which was then submitted to a court in New York State to dismiss my case there as well. Therefore, this defendant has falsified evidence in two

different cases in two different occasions. I can't tell you how much the persistent flow of misconduct has been a waste of resources for the court and both parties; not to mention it's unlawful and a violation of my right to due process for the defendants in the case at bar to interfere in my cases. So long as I am representing myself, this waste of resources will continue to happen.

Also, in my last correspondence, I also asked for an extension of time to reply to the defendant's Motion to Dismiss. Because of the constant interference by the defendants in the case at bar, I have had to tend to urgent, unexpected matters in other cases with motions, letters, increased communication and interaction with the various state commissions for judicial complaints and attorney grievances and so on. I haven't heard a decision being made so I'd like to ask for an update.

Thank you for your assistance in this matter.

Sincerely,

Carrie M. Leo, Plaintiff

# Statements the NYSDEC, USDA and their Helpers are Circulating
### especially targeting the courts which have cases pending involving Leo

| Falsehoods Put Forth by NYSDEC, USDA and their Helpers | Truth |
|---|---|
| Don't believe anything I say – I lie all the time. | This started being said about me by the defendants in the case at bar before I made my first statement. Clearly this is an attempt to attack my credibility right off the bat without ever being given a chance to have anything I say considered on equal ground. It also takes away from the fact that the defendants in the case at bar are the ones spreading gossip, rumors and lies. I have evidence to substantiate these statements I put forth in my defense. |
| I had my animals confiscated and I can't have them back. | Not true at all. I boarded most of my animals starting in April 2017 and have the boarding agreements in writing to prove it. My animals were never confiscated. I was getting ready to move out of state as well as planning on outpatient surgery on my left leg, so I sent as many animals as I could down to GW Zoo and the rest I couldn't send down went a colleague whom I thought was a friend of mine. However, he ended up stealing the animals and is currently secreting them away in the state of Texas with the help of both the NYSDEC and the USDA. I have evidence to substantiate these statements I put forth in my defense. |
| I wasn't taking care of the animals. | This isn't true especially since I've never been cited nor charged with anything remotely associated with poor husbandry. I have evidence to substantiate these statements I put forth in my defense. |
| I starved my animals. | see previous |
| I didn't have my animals lawfully. | I had licensing to cover all of the animals. I did nothing different than any other rehabilitator and exotic animal owner. In fact, I still had licensing for 1 ½ years when the defendants in the case at bar started helping efforts in keeping my animals from me. Licensing is only needed for regulated activities anyways, such as exhibition to the public. According to federal law, a person is allowed to have a personal / private collection of exotic animals without licensing. I have evidence to substantiate these statements I put forth in my defense. |
| I wasn't being honest when requesting a fee waiver for court costs. | The defendants in the case at bar have no way of knowing what my financial situation is. I was being as honest as anyone could be since it was the defendants responsible for the collapse of my small business. This they did intentionally since I was publicly criticizing both agencies then I started suing their helpers. I have evidence to substantiate these statements I put forth in my defense. |
| I am not allowed to have any animals. | This was the last straw when Region 8 officer relayed this "order" from William Powell, R8 Lieutenant or Captain. Powell has absolutely no authority whatsoever to treat me like a felon who has been registered with the courts as someone who cannot have any animals again. The law enforcement division in the NYSDEC are also refusing to process any of my FOIL requests since there is an "enforcement action" |

| | pending against me. This is unlawful and my right to publicly accessible information has nothing to do with any enforcement action or lawsuit pending. I have evidence to substantiate these statements I put forth in my defense. |
|---|---|
| Get as many monetary sanctions imposed against me as possible. | Because the judges presiding over my cases have not had the independence they should have, they have indulged the influencers by doing just that - not giving me any chances and punishing me right from the start. One judge had awarded the defense counsel regarding employing hardball litigation tactics in which I was going to be a few days late (not even a week) with responses to his discovery requests and then the defense attorney was granted an order to compel which really wasn't needed since there was no refusal to respond. During the hearing for the Motion to Compel, I was given a stay from having to attend an in-person deposition out of state during the pandemic. The stay was to stay in force until the quarantine going back into New York State was rescinded by the Governor. However, after being harrassed for weeks by the defense attorney who shot one notice to take deposition after another, he filed a motion for contempt. I had told him ten days in advance that I would not be attending the deposition yet he acted as if he was never told nor did he admit to the court that I did tell him I wasn't going to be there. He also got the judge to believe (which wasn't very hard since he likely already had his "orders" from the person or people contacting him and other judges on behalf of the USDA and NYSDEC) that I was lying when I stated my mother landed in the hospital and that was why I could not travel (not to mention the stay was still in effect). Irrationally, I was not allowed to submit the evidence I had, not able to have a few more days to get additional evidence and was not only charged the amount of the certificate of non-attendance which could have been prevented but he also charged me with paying for the time the attorney spent preparing for the deposition when that was to be an expense regardless of when the deposition took place. The judge asked me when I could pay and I stated it would take months since my financial situation hadn't changed since I was granted a fee waiver (by the same judge). The judge told me I had to pay the amount within a month. Nothing I said was taken into consideration. There was no evidence I lied about my mother being in the hospital but there was evidence that a stay was supposed to have been put into effect. The assessment of this sanction against me did not make sense unless it is understood that the judge was helping the influencers achieve their ends in blocking off access to the courts and justice. |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Carrie M. Leo,
Plaintiff,

-v-

New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS in their individual and official capacities: BASIL SEGGOS - Commissioner, SONNY PERDUE - Secretary, WILLIAM POWELL - Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN - Director, Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector and *John/Jane Does #1-15,

Defendants.

Civil Action No.: 20-cv-7039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   1. USDA;  2.  Sonny Perdue, Secretary (former); and ANDREA D'AMBROSIO
e/o USDA Office of General Counsel
Room 107W
Whitten Building
1400 Independence S.W.
Washington, D.C. 20250-1400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Carrie M. Leo,
Plaintiff,

-v-

New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS in their individual and official capacities: BASIL SEGGOS - Commissioner, SONNY PERDUE - Secretary, WILLIAM POWELL - Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN - Director, Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector and *John/Jane Does #1-15,

Defendants.

Civil Action No.: 20-cv-7039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1. USDA; 2. Sonny Perdue, Secretary (former); and ANDREA D'AMBROSIO
e/o USDA Office of General Counsel
Room 107W
Whitten Building
1400 Independence S.W.
Washington, D.C. 20250-1400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Carrie M. Leo,
Plaintiff,

-v-

New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS in their individual and official capacities: BASIL SEGGOS - Commissioner, SONNY PERDUE - Secretary, WILLIAM POWELL - Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN - Director, Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector and *John/Jane Does #1-15,

Defendants.

Civil Action No.: 20-cv-7039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
1. USDA;  2.  Sonny Perdue, Secretary (former); and ANDREA D'AMBROSIO
e/o USDA Office of General Counsel
Room 107W
Whitten Building
1400 Independence S.W.
Washington, D.C. 20250-1400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Carrie M. Leo,
Plaintiff,

-v-

New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS in their individual and official capacities: BASIL SEGGOS - Commissioner, SONNY PERDUE - Secretary, WILLIAM POWELL - Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN - Director, Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector and *John/Jane Does #1-15,

Defendants.

Civil Action No.: 20-cv-7039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
1. USDA; 2. Sonny Perdue, Secretary (former); and ANDREA D'AMBROSIO
e/o USDA Office of General Counsel
Regional Office
1718 Peachtree St., N.W.
Suite 576
Atlanta, Georgia 30309-2409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | |
| **DEFENDANTS** | **TYPE OF PROCESS** |
| NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USDA, Sonny Perdue, Secretary of the United States Department of Agriculture, Andrea D'Ambrosio - Animal Care Unit

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

USDA Office of the General Counsel - Regional Office, 1718 Peachtree St., N.W., Suite 576, Atlanta, Georgia 30309-2409

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Carrie M. Leo *(Plaintiff)*<br>3199 Walworth Road<br>Walworth, NY 14568 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 3 from USDA total: 7 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Hours open:  8:30 AM  - 4:30 PM

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | (315) 538-8316 | 04/15/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time | ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | |
| **DEFENDANTS** | **TYPE OF PROCESS** |
| NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USDA, Sonny Perdue, Secretary of the United States Department of Agriculture, Andrea D'Ambrosio - Animal Care Unit

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
USDA Office of the General Counsel - Room 107W, Whitten Building, 1400 Independence Ave, SW. Washington, D.C. 20250-1400

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| Carrie M. Leo (*Plaintiff*) <br> 3199 Walworth Road <br> Walworth, NY 14568 | Number of parties to be served in this case | 3 from USDA total: 7 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Hours open: 8:30 AM - 4:30 PM

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (315) 538-8316 | DATE 04/15/2021 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address (*complete only different than shown above*) | | Date | Time ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 6:2020-cv-0739 |
| **DEFENDANTS** NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

1. USDA, Sonny Perdue, Secretary of the United States Department of Agriculture; 2. Andrea D'Ambrosio - Animal Care Unit; 3. USDA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

USDA - Office of General Counsel, Regional Office, 1718 Peachtree St., N.W., Suite 576, Atlanta, Georgia 30309-2409

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Carrie M. Leo *(Plaintiff)* 3199 Walworth Road Walworth, NY 14568 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 3 from USDA total: 7 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Hours open:  8:30 AM  - 4:30 PM
Phone: 404-347-1060

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (315) 538-8316 | DATE 04/15/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 6:2020-cv-0739 |
| **DEFENDANTS** NYSDEC, USDA, Seggos, Perdue, Powell, Therrien, D'Ambrosio, John/Jane Does #1-15 | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

1. USDA, Sonny Perdue, Secretary of the United States Department of Agriculture; 2. Andrea D'Ambrosio - Animal Care Unit; 3. USDA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

USDA - Office of General Counsel, Regional Office, 1718 Peachtree St., N.W., Suite 576, Atlanta, Georgia 30309-2409

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Carrie M. Leo *(Plaintiff)* <br> 3199 Walworth Road <br> Walworth, NY 14568 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 3 from USDA total: 7 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Hours open: 8:30 AM - 4:30 PM
Phone: 404-347-1060

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER (315) 538-8316 | DATE 04/15/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

FIRST CLASS

Judge Frank P. Geraci, Jr.
U.S. District Court, Western District of NY
2 Niagara Square
Buffalo, NY 14202-3350

USDC - WDNY
APR 21 2021
BUFFALO

20-cv-7039



1000



14202