IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carrie M. Leo,<br><br>Plaintiff,<br><br>- v -<br><br>New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS - Commissioner, WILLIAM POWELL - Lieutenant /Captain, DEC Division of Law Enforcement; JOSEPH THERRIEN - Director, DEC Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector, and John/Jane Does 1-15,<br><br>Defendants. | Civil Action No.   6:2020-cv-07039 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of documents consisting of the cover letter, letter dated April 16, 2021 from the U.S. Attorney in the District of Columbia Office, two summonses for two federal defendants, process receipts for both federal defendants as well as a complaint for each. The documents have been sent to the Defendants via email to their legal counsel, Ms. Haner, at brittany.haner@ag.ny.gov and a hard copy was sent to the Court Clerk of the Federal Court of the District of Western New York in Buffalo, NY via USPS First Class Mail on the 27th day of April 2021.

Date: <u>April 27, 2021</u>

/s/ *Carrie M. Leo*
Carrie M. Leo, Plaintiff *pro se*
3199 Walworth Road
Walworth, NY 14568
tele: (315) 538-8316
carrieleo15@gmail.com

 ø«ÈÀ: 2, #222,!#C2 ,#223#2!# 2,#=,3,'#C2 ,'#2!$C 2 #8!2,,22!-ø¯¨Óøøƀ

U2Ųÿü(+U ¸ÿâ@â â@ .%6Y ', â@ @ U ?Ý+í?í/í// íí 9 /++++Ý+À
U ¸ÿð@

;: )

?? 3 301Y 2 #"&546 2

**Gmail**                              **Carrie Leo <carrieleo15@gmail.com>**

# Re: Mailing
1 message

**Carrie Leo** <carrieleo15@gmail.com>                Tue, Apr 27, 2021 at 2:33 AM
To: "Haner, Brittany" <brittany.haner@ag.ny.gov>

Ms. Haner,

I don't know if you prefer me to still send you things by mail or if it is fine to be notified of my filing papers with the court by waiting for it to show up in the online database. However, attached is the mailing which was sent out yesterday to the court.

Thanks,
Carrie Leo
315-538-8316

---

📄 **MAILING, Geraci 26-APR-2021.pdf**
15369K

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carrie M. Leo,<br>Plaintiff, | |
| - v - | |
| New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS - Commissioner, SONNY PERDUE - former Secretary; WILLIAM POWELL - Lieutenant/Captain, DEC Division of Law Enforcement; JOSEPH THERRIEN - Director, DEC Special Licenses Unit, ANDREA D'AMBROSIO - USDA Animal Care Inspector, TYLER THOMAS, NICHOLAS STACEY, MICHAEL YOUNG, ROBERT RENNIE, JEFFREY LOWE, LAUREN LOWE and John/Jane Does 1-15, | Civil Action No.   6:2020-cv-07039 |
| Defendants. | |

CERTIFICATION OF SERVICE

The undersigned litigant of record hereby certifies that a true and correct copy of the document entitled *Petition for Review of Decision Made by Administrative Law Judge* [as final determination of the agency] & *Complaint of Deprivation of Civil Rights* has been served to all other parties in this cause in accordance with Federal District Court Rule on this 27th day of April 2021.

/s/ *Carrie M. Leo*
Carrie M. Leo, Plaintiff *pro se*
3199 Walworth Road
Walworth, NY 14568
tele: (315) 538-8316
carrieleo15@gmail.com

 **Gmail**   Carrie Leo <carrieleo15@gmail.com>

# sent for filing
1 message

---

**Carrie Leo** <carrieleo15@gmail.com>   Tue, Apr 27, 2021 at 7:40 PM
To: "Haner, Brittany" <brittany.haner@ag.ny.gov>

Ms. Haner,

Attached is another mailing that just went out today. I still intend on amending the complaint and including mroe updated details so the court and you can find everything in one document.

Please let me know if you have any objections.

Thanks,
Carrie Leo
Carrie

---

📎 mailing.27-apr-2021.pdf
598K

3199 Walworth Road
Walworth, NY 14568
April 28, 2021

**VIA USPS**
Judge Frank P. Geraci, Jr.
U.S. District Court of the Western District of New York
2 Niagara Square
Buffalo, NY 14202-3350

Dear Judge Geraci,

Please find enclosed the certificates of service for the last two mailings; that is the mailing yesterday on April 27, 2021 and the other on April 26, 2021.

Thank you.

Sincerely,

Carrie M. Leo, Plaintiff



ø«ÈÀ,' ø

g6 @

2 &0%526 /1. ++ ++++++ qr]q]+YY³ 6¸´1 .¸çµl ¸ â²1 ?+2?+?+?01Y %3 6632

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

ROCHESTER NY 144
28 APR 2021 PM 3 L

USDC - WDNY
APR 30 2021
BUFFALO

Judge Frank P. Geraci, Jr.
U.S. District Court of the Western District of NY
2 Niagara Square
Buffalo, NY 14202-3350

14202-335050

