3199 Walworth Road
Walworth, NY 14568
May 10, 2021

**VIA FAX**
Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614
Telephone: (585) 613-4090
Fax: (585) 613-4095

**RE:** Leo v NYSDEC et al. - #2020-cv-7039

Dear Judge Geraci,

I made a mistake in the date requested for the extension of time I would like in order to answer the defendant's *Motion to Dismiss*. Because I am going to submit both an answer as well as a Motion for leave to Amend Complaint, I meant to ask for the new deadline to be June 30, 2021. This will give me the time to both respond to the defendants' motion to dismiss as well as work up a Motion for Leave to Amend the Complaint.

I'm deeply sorry for the confusion. I tried writing the last letter without a wink of sleep last night and I guess I wasn't thinking straight enough and got the months confused.

Thank you.

Sincerely,

Carrie M. Leo, Plaintiff

cc:  **VIA EMAIL** brittany.haner@ag.ny.gov
**Brittany M. Haner, Esq. | Assistant Attorney General**
NYS Office of the Attorney General
Environmental Protection Bureau
The Capitol | Albany, N.Y. 12224
Tel 518-776-2389 |Fax 518-650-9364
Brittany.Haner@ag.ny.gov

SO ORDERED THIS 11 DAY OF May 2021

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge