**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-CV-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NYS Department of Environmental Conservation | Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

NYS Department of Environmental Conservation, Civil Process Clerk

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

United States Attorney's Office 555 Fourth Street N.W. Washington D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

[Stamp: UNITED STATES DISTRICT COURT FILED MAY 17 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER — DATE: 4/29/21

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 55 | No. 55 | Jm M. Quailley | 5/3/21 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/17/21   Time: ☐ am ☐ pm

**U.S. Postal Service Certified Mail Receipt**

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Dep |
|---|---|---|---|---|
| 8 | — | — | 8 | |

ARTICLE NUMBER: 9414 8169 0224 6689 5928 10

ARTICLE ADDRESSED TO:
NYS DEC
Civil Process Clerk
United States Attorney's Office
555 Fourth Street
Washington DC 20530-0001

REMARKS: Mailed certified 5/3/21
Returned - no jurisdiction - 5/17/21

FEES
Postage Per Piece    $3.750
Certified Fee        3.600
Total Postage & Fees: 7.350

Postmark Here

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 6:20-cv-07039-FPG   Document 28   Filed 05/17/21   Page 2 of 4

**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
Western District of New York

TO: NYS Department of Environmental Conservation
Civil Process Clerk
United States Attorney's Office
555 Fourth Street
N.W. Washington DC 20530

Civil Action, File Number  20-CV-7039

Carrie M. Leo
v.
NYSDEC et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York    State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21  days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

05/03/2021
Date of Signature

JENNIFER QUARTLEY
Digitally signed by JENNIFER QUARTLEY
Date: 2021.05.03 13:03:51 -04'00'

Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

555 Fourth Street
Street Number and Street Name or P.O. Box No.

N.W. Washington DC 20530
City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Certified
Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

U. S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth Street, NW*
*Washington, DC 20530*

May 11, 2021

**BY REGULAR MAIL**
U.S. Marshals Service
Western District of New York
2 Niagara Square, Suite 400
Buffalo, NY 14202

**RE:**   Improper Service

Dear Sir / Madam,

      Our Office recently received papers from you concerning a pending legal action or matter. We are returning your correspondence because it was sent to our Office in error. Our Office does not have jurisdiction over the case or matter to which your papers pertain.

      If you are attempting to serve the United States or its agencies, officials, or employees under Federal Rule of Civil Procedure 4(i)(1)(A) or other similar provision, you should serve your papers on the U.S. Attorney's Office for the judicial district in which your case is pending. Our Office is not authorized to accept service of papers pertaining to actions filed outside of our judicial district (i.e., the District of Columbia).

      Also, please note that our Office is not authorized to accept papers required to be sent to or served on the Attorney General of the United States or other federal agencies, corporations, officers, or employees. *See, e.g.*, Fed. R. Civ. P. 4(i)(1)(B), 4(i)(2), 4(i)(3). To the extent that you are attempting to serve the U.S. Attorney General, your mailing must be sent by registered or certified mail to: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

      Ultimately, your mailing directed to the U.S. Attorney's Office for the District of Columbia was insufficient to effect proper service on the United States in the above captioned case or matter.

      Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____

BRIAN P. HUDAK
Acting Chief, Civil Division



U.S. POSTAGE $7.35
FIRST-CLASS
FROM 14202
05/03/2021
stamps
endicia

U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WESTERN DISTRICT OF NEW YORK

NIAGARA SQUARE, SUITE 400
BUFFALO, NY 14202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Civil Division
MAY 10 2021
US Attorney's Office DC

X-RAYED
MAY 10 2021
DOJ MAILROOM

Tracking No: 9414816902246689592810
DOJ-FASS
JCB/MAILROOM
MAILROOM - JCB - -
Building: JCB
Room:
Dept: MAILROOM
Received On: 05/10/2021 08:02:44am
Route:

CERTIFIED MAIL®
9414 8169 0224 6689 5928 10

NYS DEC
Civil Process Clerk
United States Attorney's Office
555 Fourth Street
Washington DC 20530-0001