

# Carrie M. Leo

### Self-Represented Litigant

*An injustice committed against one person threatens all of us*

June 27, 2021

**VIA FAX**
Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614
Telephone: (585) 613-4090
Fax: (585) 613-4095

SO ORDERED THIS __27th__ DAY OF __June__ 20 __21__

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

**RE: Leo v NYSDEC et al.** - #6:2020-cv-0703-FPG

Dear Judge Geraci,

I am requesting an additional two weeks to submit my response to the Defendant's motion to dismiss the case at bar. I also am including a *Leave to Amend Complaint* as well as a *Testimonial* along with my Response to the Defendant's *Motion to Dismiss*, thus it is taking a little longer than anticipated. A deadline of July 15, 2021 is requested upon no objection from the defense. I sincerely apologize to the Defendant and Court for any inconvenience.

Thank you,

Sincerely,

Carrie M. Leo
*Plaintiff-Appellant*

cc: **VIA EMAIL** brittany.haner@ag.ny.gov
    **Brittany M. Haner, Esq. | Assistant Attorney General**
    NYS Office of the Attorney General
    Environmental Protection Bureau
    The Capitol | Albany, N.Y. 12224
    Tel 518-776-2389 | Fax 518-650-9364
    Brittany.Haner@ag.ny.gov