

U.S. POSTAGE PAID
FCM LG ENV
WALWORTH, NY
14568
JUL 20, 21
AMOUNT
$1.80
R2305M144083-04



14614

1000



USDC-WDNY   JUL 21 2021   ROCHESTER

U.S. District Court - Western District of NY
2120 Kenneth B.
Keating *Federal* Building.
100 State Street
Rochester, NY 14614



FIRST CLASS

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568