U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-cv-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NYS Department of Environmental Conservation, et al | Service of Su,monms and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Animal Care Inspector Andrea D'Ambosio

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1400 Indepedence Avenue, S.W. , Washington DC 20205

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 **3** |
| | Number of parties to be served in this case **3** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 585-613-4010 | DATE 6/11/2021 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process **5** | District of Origin No. **55** | District to Serve No. **55** | Signature of Authorized USMS Deputy or Clerk *Beata B Hosking* | Date 06/23/2021 #1 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 08/25/2021 | Time — | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *Beata B Hosking* |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Service Fee: $0.00
Mailed Certified on 06/25/2021
Acknowledgement of
Receipt was Not
Returned on 08/25/2021

---

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8169 0224 6689 5051 93

ARTICLE ADDRESSED TO:
Animal Care Inspector Andrea D'Ambosio
United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington DC 20250-0002

FEES
Postage Per Piece   $3.350
Certified Fee   3.600
Total Postage & Fees:   6.950

Postmark Here

2021 JUN 23 PM 1:38

i. Clerk of the Court

Form USM-285
Rev. 01/21



**U.S. Department of Justice**
United States Marshals
Service

**Process 055-6:2020-CV-07039-1 | Cost Worksheet**
Printed on: 08/25/2021

**PROCESS INFORMATION**

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/NY - BUFFALO | W/NY - BUFFALO | Carrie M. Leo v. NYDEC, et. al. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | Andrea D'Ambrosio |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 02/04/2021 12:21 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 02/04/2021 12:34 EST | Mail Endeavor | | $0.00 | $8.00 |
| 04/09/2021 14:32 EDT | Return Unexecuted | | $0.00 | $0.00 |
| 05/03/2021 19:17 EDT | Mail Endeavor | | $0.00 | $8.00 |
| 05/17/2021 16:44 EDT | Return Unexecuted | | $0.00 | $0.00 |
| 06/23/2021 16:58 EDT | Mail Endeavor | | $0.00 | $8.00 |
| 08/25/2021 16:11 EDT | Return Unexecuted | | $0.00 | $0.00 |
| **Total Costs** | | | **$0.00** | **$24.00** |

| Remaining Balance | $0.00 |
|---|---|
| **Amount Owed** | **$88.00** |
| Remaining Process to Serve: | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 6:20-cv-07039-FPG Document 34 Filed 08/26/21 Page 3 of 21

**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western District of New York

TO: 
| |
|---|
| Animal Care Inspector Andrea D'Ambosio |
| United States Department of Agriculture |
| 1400 Independence Avenue, S.W. |
| Washington, D.C. 20250 |

Civil Action, File Number  20-CV-07039

Carrie M. Leo

*v.*

NYS Department of Environmental Conservation, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York     State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

June 25, 2021
Date of Signature

BEATA HOSKING
Digitally signed by BEATA HOSKING
Date: 2021.06.25 10:47:29 -04'00'

Signature *(USMS Official)*

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

1400 Independence Avenue, S.W.
Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

Washington, D.C. 20250
City, State and Zip Code

Certified
Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York 2021 JUN 23  PM 1: 38

| | | |
|---|---|---|
| Carrie M. Leo | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  20-cv-7039 |
| New York State Department of Environmental | ) | |
| Conservation, et al | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Animal Care Inspector Andrea D'Ambrosio
1400 Independence Ave., S.W.
Washington, DC  20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _____06/11/2021_____                    _Mary C. Loewenguth_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   20-cv-7039

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                        *Server's signature*

                                 _____
                                        *Printed name and title*

                                 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-cv-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York State Department of Environmental Conservation, et al | Service of Summons and Complaint |

2021 JUN 23  PM 1:38

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN   The United States Secretary of Agriculture

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1400 Independence Ave., S.W., Washington, D.C. 20250

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve via US Mail.  Address may not be functional for FedEx Delivery.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 585-613-4010 | DATE 6/11/2021 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 5 | District of Origin No. 55 | District to Serve No. 55 | Signature of Authorized USMS Deputy or Clerk   Beata B. Hosking   Date 06/23/2021   #4 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 06/25/2021 | Time — | ☐ am ☐ pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy   Beata B. Hosking |
|---|---|

| Service Fee $0. | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $0 | Advance Depo |
|---|---|---|---|---|

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8169 0224 6689 5051 48

REMARKS

Mailed Out Certified on 6/25/2021
Acknowledgment of Receipt was
Not Returned on 08/25/2021

ARTICLE ADDRESSED TO:

The United States Secreaty
of Agriculture
1400 Independence Avenue, S.W.
Washington DC 20250-0002

FEES
Postage Per Piece        $3.350
Certified Fee             3.600
Total Postage & Fees:    6.950

Postmark Here

+ Clerk of the Court

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

Filed 06/29/21 Page 7 of 21 ... document 34 ... Case 20-cv-07039-FPG ... as indicated below.

**U.S. Department of Justice**
**United States Marshals Service**



---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western District of New York

TO: 

| |
|---|
| The United States Secretary of Agriculture |
| 1400 Independence Avenue, S.W. |
| Washington, D.C. 20250 |

Civil Action, File Number  20-CV-07039

Carrie M. Leo
_v._
NYS Department of Environmental Conservation,et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York      State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

June 25, 2021
Date of Signature

BEATA HOSKING
Digitally signed by BEATA HOSKING
Date: 2021.06.25 10:47:02 -04'00'

Signature _(USMS Official)_

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

1400 Independence Avenue, S.W.
Street Number and Street Name or P.O. Box No.

Washington, D.C. 20250
City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Certified
Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of New York

RECEIVED

2021 JUN 23  PM 1: 38

|  |  |  |
|---|---|---|
| Carrie M. Leo | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  20-cv-7039 |
| New York State Department of Environmental Conservation, et al | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States Secretary of Agriculture
1400 Independence Ave., S.W.
Washington, DC  20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
>       Carrie M. Leo
>       3199 Walworth Road
>       Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mary C Loewenguth

Date:      06/11/2021                                       _____
                                                            _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  20-cv-7039

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____         _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-cv-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York State Department of Environmental Conservation, et al | Service of Summons and Complaint |

RECEIVED

2021 JUN 23  PM 1: 38

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | The United States Department of Agriculture |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 1400 Independence Ave., S.W., Washington, D.C. 20250 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case  3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve via US Mail.  Address may not be functional for FedEx Delivery.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 585-613-4010 | 6/11/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 55 | No. 55 | Beata B. Hosking | 06/23/2021 #5 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | 08/25/2021 | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Beata B. Hosking |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0 | | | $0 | | $0 |

REMARKS

Mailed Certified on 08/25/2021
Acknowledgement of Receipt was
Not Returned on 08/25/2021

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8169 0224 6689 5051 24

ARTICLE ADDRESSED TO:

United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington DC 20250-0002

FEES
Postage Per Piece          $3.150
Certified Fee               3.600
Total Postage & Fees:       6.750

Postmark
Here

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE    1. Clerk of the Court    Rev. 11/18

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 6:20-cv-07039-FPG   Document 34   Filed 08/26/21   Page 11 of 21

**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western  District of  New York

TO: The United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250

Civil Action, File Number  20-CV-07039

Carrie M. Leo
_v._
NYS Department of Environmental Conservation, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York      State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

June 25, 2021
Date of Signature

BEATA
HOSKING

Digitally signed by BEATA
HOSKING
Date: 2021.06.25 10:47:02 -04'00'

Signature _(USMS Official)_

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

1400 Independence Avenue, S.W.
Street Number and Street Name or P.O. Box No.

Washington, D.C. 20250
City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Certified
Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 01/03

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ISSUED

for the

Western District of New York

2021 JUN 23  PM 1:89

| | |
|---|---|
| Carrie M. Leo | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  20-cv-7039 |
| New York State Department of Environmental Conservation, et al | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC  20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        06/11/2021

Mary C Loewenguth

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  20-cv-7039

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10005; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10005; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10005; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

&#10005; I returned the summons unexecuted because _____ ; or

&#10005; Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-cv-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York State Department of Environmental Conservation, et al | Service of Summons and Complaint |

*RECEIVED*
*2021 JUN 23  PM 1:38*

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General of the United States

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Main Justice Building, 10th and Constitution Avenues N.W., Washington, D.C. 20530;

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case   5 |
| | Check for service on U.S.A.   ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 585-613-4010 | DATE 6/11/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 5 | District of Origin No. 55 | District to Serve No. 55 | Signature of Authorized USMS Deputy or Clerk   Beata B. Hosking | Date 06/23/2021 #6 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date 08/25/2021 | Time — | ☐ am ☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy   Beata B. Hosking | | |

| Service Fee $0 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges $0 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0 |
|---|---|---|---|---|---|

REMARKS

Mailed Certified on 06/25/2021
Acknowledgment of Receipt was
Not Returned on 08/25/2021

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8169 0224 6689 5054 52

ARTICLE ADDRESSED TO:
United States Attorney General
Main Justice Building
950 Pennsylvania Ave NW
Washington DC 20530-0001

FEES
Postage Per Piece   $3.350
Certified Fee   3.600
Total Postage & Fees   6.950

Postmark Here

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE   1. The Clerk of the Court

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 6:20-cv-07039-FPG Document 54 Filed 08/26/21 Page 15 of 21

**U.S. Department of Justice**
**United States Marshals Service**



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western  District of  New York

TO:

Attorney General for the United States
Main Justice Building
10th and Constitution Avenues N.W.
Washington, D.C. 20530

Civil Action, File Number  20-CV-07039
_____

Carrie M. Leo
_____
v.
NYS Department of Environmental Conservation,et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York      State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

June 25, 2021
_____
Date of Signature

BEATA
HOSKING

Digitally signed by BEATA
HOSKING
Date: 2021.06.25 10:47:02 -04'00'

_____
Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

10th and Constitution Avenues N.W.
_____
Street Number and Street Name or P.O. Box No.

Washington, D.C. 20530
_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

Certified
_____
Service of Process

_____
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

AO 440 (Rev. 06/12)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| Carrie M. Leo <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> New York State Department of Environmental Conservation, et al <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  21-cv-6709

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Attorney General of the United States
> Main Justice Building
> 10th and Constitution Avenue, N. W.
> Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Carrie M. Leo
> 3199 Walworth Road
> Walworth, NY 14586

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____06/11/2021_____                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   21-cv-6709

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carrie M. Leo | 20-cv-7039 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York State Department of Environmental Conservation, et al | Service of Summons and Complaint |

RECEIVED 2021 JUN 23 PM 1:38

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Civil Process Clerk, United States Attorney for the Western District of New York, United States Attorney's Office

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
USAO/WDNY, 138 Delaware Avenue, Buffalo, N.Y. 14202

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case: 3 |
| | Check for service on U.S.A. ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 585-613-4010 | DATE 6/11/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 5 | District of Origin No. 55 | District to Serve No. 55 | Signature of Authorized USMS Deputy or Clerk *Beata B. Hosking* #7 | Date 06/23/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 06/25/2021 | Time ___ | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *Beata B. Hosking* |
|---|---|

| Service Fee $0 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges $0 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0 |
|---|---|---|---|---|---|

REMARKS

Mailed Certified on 06/25/2021
Acknowledgment of receipt
was not Returned on 08/25/2021

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8169 0224 6689 5054 69

ARTICLE ADDRESSED TO:
Civil Process Clerk, for WNY
United States Attorney's Office - W
138 Delaware Avenue
Buffalo NY 14202-2404

FEES
Postage Per Piece $3.350
Certified Fee 3.600
Total Postage & Fees: 6.950

Postmark Here

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE   1. Clerk of the Court

U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Western  District of  New York

TO:
| |
|---|
| Civil Process Clerk, United States Attorney for WNY<br>United States Attorney's Office<br>138 Delaware Avenue<br>Buffalo, New York 14202 |

Civil Action, File Number  20-CV-07039

Carrie M. Leo
_v._
NYS Department of Environmental Conservation,et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and New York      State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within  21  days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 21  days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

June 25, 2021
Date of Signature

**BEATA HOSKING**
Digitally signed by BEATA HOSKING
Date: 2021.06.25 10:47:02 -04'00'
Signature _(USMS Official)_

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

138 Delaware Avenue
Street Number and Street Name or P.O. Box No.

Buffalo, New York 14202
City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Certified
Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

**ISSUED**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

2021 JUN 23  PM 1:39

|  |  |
|---|---|
| Carrie M. Leo | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| New York State Department of Environmental | ) |
| Conservation, et al | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  20-cv-7039 FPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk, US Attorney's Office, Western District of New York, 138 Delaware
Avenue, Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/11/2021

Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*

Mary C. Loewenguth

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  20-cv-7039 FPG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                     *Server's signature*

                                          _____
                                              *Printed name and title*


                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |