IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CARRIE M. LEO,

            Plaintiff,

v.                                        Case No. 20-CV-7039 (FPG)

NEW YORK STATE DEPT. OF ENVIRONMENTAL
CONSERVATION, et al.,

            Defendants.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

    That on August 26, 2021, she served a copy of the attached **Motion and all supporting documents thereto, and this Certificate of Service,** by placing a copy of same in a post-paid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at the dropbox located at 100 State Street, Rochester, New York 14614.

    I further state that service was made in compliance with Local Rule 7(a)(8) regarding service of unpublished cases on a *pro se* litigant. All unpublished cases were included in this service.

                                                          Carrie M. Leo
                                                           3199 Walworth Road
                                                           Walworth, New York 14568

Dated:   Rochester, New York
             August 26, 2021

                                                                   s/Elizabeth Todd