IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carrie M. Leo,<br>Plaintiff,<br><br>- v -<br><br>New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS - Commissioner, WILLIAM POWELL - Lieutenant/ Captain, DEC Division of Law Enforcement; JOSEPH THERRIEN - Director, DEC Special Licenses Unit, The United States Department of Agriculture("USDA"), United States Department of Agriculture's Animal & Plant Inspection Service ("APHIS"), ANDREA D'AMBROSIO - USDA Animal Care Inspector, and John/Jane Does #2-15,<br><br>Defendants. | Civil Action No.   6:2020-cv-07039-FPG |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that the Plaintiff herein, Carrie M. Leo, a self-represented litigant in the above-entitled matter, will move this Court for an order pursuant to Fed. R. Civ. P. Rule 15 allowing Plaintiff to file her *First Amended Complaint*, and for such other relief as the Court may deem proper. The basis for this motion is set forth in the concurrently filed motion papers accompanying this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7(a)(1), the Plaintiff intends to file and serve reply papers.

**PLEASE TAKE FURTHER NOTICE** that this motion shall be heard by the Honorable Frank P. Geraci, Jr., United States District Court Judge of the Western District of New York, 100 State Street, Rochester, New York 14614, at a date and time to be set by the Court.

Date:   September 13, 2021
        Walworth, New York

BY:   s/ CARRIE M. LEO

*Plaintiff pro se*
3199 Walworth Road
Walworth, NY 14568
(315) 538-8316
carrieleo15@gmail.com

cc: **JAMES P. KENNEDY, JR.**
United States Attorney
**KATHRYN L. SMITH**
Assistant United States Attorney
Western District of New York
100 State Street, 5th Floor
Rochester, New York 14614
(585) 263-6760
Kathryn.L.Smith@usdoj.gov

**LETICIA A. JAMES**
New York State Attorney General's Office
**MICHELE ROMANCE-CRAIN**
Assistant Attorney General
144 Exchange Blvd.
Rochester, New York 14614
(696) 327-3223
Michele.Crain@ag.ny.gov