IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carrie M. Leo,<br>Plaintiff,<br><br>- v -<br><br>New York State Department of Environmental Conservation & the United States Department of Agriculture and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS - Commissioner, WILLIAM POWELL - Lieutenant/ Captain, DEC Division of Law Enforcement; JOSEPH THERRIEN - Director, DEC Special Licenses Unit, The United States Department of Agriculture("USDA"), United States Department of Agriculture's Animal & Plant Inspection Service ("APHIS"), ANDREA D'AMBROSIO - USDA Animal Care Inspector, and John/Jane Does #2-15,<br>Defendants. | Civil Action No. 6:2020cv07039-FPG |

STATE OF NEW YORK  } ss:
WAYNE COUNTY

## PLAINTIFF'S RESPONSE AND REQUEST

The Plaintiff, Carrie M. Leo, ("the Plaintiff") submits this Affidavit in response to docket entries dated September 28, 2021, and September 29, 2021, and defense counsel, Kathryn L. Smith's letter filed on September 28, 2021. The following statements are offered to the Court under the penalty of perjury as to the content's accuracy and truth. To the extent of the Plaintiff's understanding of what constitutes frivolous pleadings and supporting affidavits, the following does not constitute as such.

Plaintiff was given a deadline of September 17, 2021, to file a response to the federal defendant's *Motion to Dismiss* (ECF No. 35, filed 8/28/2021).

Plaintiff met the deadline by sending in an electronic version of her responding affidavit to the Court via CD-ECFIntake_nywd@nywd.uscourts.gov on September 16, 2021 (See Exhibit 1). Likewise, the same electronic version was sent to both the federal and state defendants via

electronic mail. (See Exhibit 2) It is understood that sending an email with filings attached to the court using the ECF email address will not yield an actual filing of the documents. However, the plaintiff uses this option **in addition to** USPS mailing to the court **and** either USPS or email for both the federal and state defendants to be able to validate that the papers were completed by the deadline. Since the plaintiff cannot electronically file the documents because of her status as a self-represented litigant, she does not have the same amount of time to complete the production of any papers since she has to allow five days of mailing time for them to reach the courthouse. Hence, if the plaintiff needs more time to complete the papers and it cuts into the five days prior to the deadline during which the papers must be in the mail to make the deadline to the court, the plaintiff will send the papers as usual via mail and she also will email them to the Court. Should the Court need to confirm the plaintiff finished her papers by the deadline, it may refer to the email sent and compare the papers sent to them via email by the deadline with the papers received by the Court via USPS mail which may not reach the courthouse before the deadline if the plaintiff needed part of all of the five days mailing time to complete the production of the papers.

The plaintiff sent both the Plaintiff's Request for Leave to File an Amended Complaint and Plaintiff's Response in Opposition to Defendant USDA's *Motion to Dismiss* via USPS First Class on September 14, 2021, as indicated in Exhibit 3 which contains the postal service receipt showing the physical mailings I sent to Ms. Smith, Mr. Crain and the Courthouse in Rochester, NY. Also Exhibit 4 contains the cover letter included with the mailings to all three entities. Likewise, Exhibit 5 contains the Certificate of Service included with the two filings sent on September 14, 2021.

Although the USPS rarely makes mistakes, the papers were completed by the deadline and sent to the Clerk of the Court at the United States District Court – 100 State Street, Rochester, NY 14614. Hence, Plaintiff followed the rules of the Court when mailing the papers to the Court by

the deadline.  As you know I don't have control over what happens to mailings after they are in the custody of the post office. However, I have submitted a request the post office investigate the matter in case the mailings were prevented from reaching the Court as a result of any actions from its staff.

Plaintiff also respectfully requests a one-week extension from the current deadline or the date of receipt of this request, whichever is later, in order to complete the *Amended Complaint*.  It requires significant research and theory in preparation of my arguments I plan to present to the Court and Defendants.  I also need to meet with counsel for discussion as part of the preparation of the amendments I wish to make to the pleading.

Date: October 5, 2021

Respectfully Submitted,

Carrie M. Leo, Plaintiff
3199 Walworth Road
Walworth, NY 14568
Ph: (315) 538-8316
Email: carrieleo15@gmail.com

## VERIFICATION

To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the presentation of this affidavit or the contentions therein are not frivolous or false. It is also put forth that all exhibits are true and correct representations of what they are stated to be.

Date: October 5, 2021

Carrie M. Leo, Plaintiff *pro se*
3199 Walworth Road
Walworth, NY 14568
ph: (315) 538-8316
e-mail: carrieleo15@gmail.com

Sworn to before me this 5th of October 2021

_____
Notary Public

LAUREN FREIDL
Notary Public - State of New York
NO. 01FR6383326
Qualified in Wayne County
My Commission Expires Nov 13, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing affidavit was transmitted electronically by means of the court's electronic case filing system's email <u>CM-ECFIntake_oked @ oked.uscourts.gov</u> and emailed to the following parties using each's individual email address as noted below. The Court and both the New York State and Federal Defendants were also served by USPS First Class Mail on October 5, 2021, at the 100 State Street Rochester, NY 14614 and the following addresses, respectively.

**JAMES P. KENNEDY JR.**
United States Attorney
**KATHRYN L. SMITH**
Assistant United States Attorney
Western District of New York
U.S. Attorney's Office Rochester
100 State St., 5th Floor
Rochester, NY 14614
(585) 263-6760
Fax: (585) 263-6226
Kathryn.L.Smith@usdoj.gov
*ATTORNEY FOR FEDERAL DEFENDANTS*

**LETICIA A. JAMES**
New York State Attorney General's Office
**MICHELE ROMANCE CRAIN**
Assistant Attorney General
Department of Law
144 Exchange Blvd.
Rochester, NY 14614
(585) 327-3223
Michele.Crain@ag.ny.gov
*ATTORNEY FOR NEW YORK STATE DEFENDANTS*

                                                  Carrie M. Leo, *Plaintiff*
                                                  3199 Walworth Road
                                                  Walworth, NY 14568
                                                  315.538.8316
                                                  carrieleo15@gmail.com

# EXHIBIT 1
Email sent to CD-ECFIntake_nywd.uscourts.gov

---

**Submission for Leo v NYSDEC et al. -- 6:2020-cv-07039-FPG**

Carrie Leo <carrieleo15@gmail.com>
9/16/2021 5:51 AM

To: CD-ECFIntake_nywd@nywd.uscourts.gov

Save all attachments

- Kathryn Smith Letr to Leo 4 16... 26.76 MB
- Plaintiff Response in Opp to... 263.49 KB
- PLAINTIFF'S MOTION FOR... 108.81 KB

Clerk,

Please find attached to this email two filings for the aforementioned case:
   Plaintiff's Response in Opposition to Defendants' Motion to Dismiss and
   Plaintiff's Motion for Leave to File Amended Complaint

I am emailing them since, as a pro se litigant, I do not have a means of electronically submitting the filings and one of the filings has a deadline of Thursday. Although I sent hard copies to your office and to the other parties in the suit, I know they most likely will not make it to the courthouse and filed by the deadline on Thursday. The other parties have also received emails already with the filings with hard copies for them too on the way.

Thank you,
Carrie Leo, Plaintiff pro se
315-538-8316

# EXHIBIT 2

Email sent to federal defense counsel, Ms. Smith and state defense counsel, Mr. Crain, via their respective emails.

---

↶ Reply    ↶ Reply all    → Forward    ▭ Archive    ⋯

**Pleadings**

**CL** — Carrie Leo <carrieleo15@gmail.com>
9/14/2021 12:11 AM

To: Kathryn.L.Smith@usdoj.gov; Crain, Michele

Save all attachments

📄 Plaintiff Response in Opp to...
263.49 KB

📄 PLAINTIFF'S MOTION FOR...
108.81 KB

Hello Ms. Smith and Mr. Crain,

Please find attached Plaintiff's Motion for Leave to Amend Complaint (or File Amended Complaint) and Plaintiff's Response in Opposition to Defendant USDA's Motion to Dismiss. Hard copies to follow.

Thank you,
Carrie Leo

---

# EXHIBIT 3
## USPS Receipt

| Date | Case | Via | Tracking | To / Re |
|---|---|---|---|---|
| 9/14/2021 | 6:20-cv-07039 | USPS | n/a | **To:** Kathryn S. Smith – U.S. Attorney General's Office – 100 State St., Rochester, NY 14614<br>**Re:** *Motion for Leave to File First Amended Complaint & Plaintiff's Response in Opposition to Defendants' Motion to Dismiss* |
| 9/14/2021 | 6:20-cv-07039 | USPS | n/a | **To:** U. S. District Court for the Western District of New York – 100 State Street, Rochester, NY 14614<br>**Re:** *Motion for Leave to File First Amended Complaint & Plaintiff's Response in Opposition to Defendants' Motion to Dismiss* |
| 9/14/2021 | 6:20-cv-07039 | USPS | n/a | **To:** Michele Romance Crain, Esq. – NYS Attorney General's Office Dept. of Law, 144 Exchange Blvd., Rochester, NY 14614<br>**Re:** *Motion for Leave to File First Amended Complaint & Plaintiff's Response in Opposition to Defendants' Motion to Dismiss* |

[USPS receipt image with "close-up" showing three First-Class Mail Large Envelope entries to Rochester, NY 14614, each $1.76, with Estimated Delivery Date Fri 09/17/2021, dated 09/14/2021 02:44 PM from Walworth, NY location.]

# EXHIBIT 4
## Cover Letter Dated September 13, 2021

September 13, 2021

VIA USPS
VIA EMAIL CD-ECFIntake_nywd@nywd.uscourts.gov
U.S. District Court for the Western District of New York
2120 Kenneth B. Keating Federal Building,
100 State Street
Rochester, NY 14614
ph: (585) 613-4000 | fax: (585) 613-4035
CD-ECFIntake_nywd@nywd.uscourts.gov



RE: *Leo v NYSDEC et al.* (6:2020-cv-07039-FPG)

Dear Court Clerk,

Please find enclosed *Plaintiff's Response in Opposition to Defendants' Motion to Dismiss* and *Plaintiff's Motion for Leave to Amend Complaint.*

Please feel free to contact me should you have any questions or concerns. Thank you for your assistance in this matter.

Thank you.

Carrie M. Leo, *Plaintiff*

enclosures

cc: JAMES P. KENNEDY, JR.
United States Attorney
KATHRYN L. SMITH
Assistant United States Attorney
Western District of New York
100 State Street, 5th Floor
Rochester, New York 14614
(585) 263-6760
Kathryn.L.Smith@usdoj.gov

LETICIA A. JAMES
New York State Attorney General's Office
MICHELE ROMANCE-CRAIN
Assistant Attorney General
144 Exchange Blvd.
Rochester, New York 14614
(696) 327-3223
Michele.Crain@ag.ny.gov





Carrie M. Leo
3199 Walworth Road
Walworth, NY 14568

7021 0350 0002 1877 0720

CERTIFIED MAIL



U.S. District Court – Western District of N
2120 Kenneth B.
Keating *Federal* Building.
100 State Street
Rochester, NY 14614



FIRST CLASS

M. Leo
Walworth Road
orth, NY 14568

U.S. District Court -- Western District of NY
2120 Kenneth B.
Keating *Federal* Building.
100 State Street
Rochester, NY 14614

OCT 1 2 2021
USDC-WDNY ROCHESTER

FIRST CLASS

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7021 0350 0002 1877 0720

U.S. POSTAGE PAID
FCM LG ENV
WALWORTH, NY
14568
OCT 07, 21
AMOUNT
$8.36
R2305M144083-04







