**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

CARRIE M. LEO,

                                              Plaintiff,

                          -v-

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, and THE UNITED STATES DEPARTMENT OF AGRICULTURE, and the following INDIVIDUALS, in their individual and official capacities: BASIL SEGGOS—Commissioner, SONNIE PERDUE—Secretary, WILLIAM POWELL—Lieutenant/Captain, DEC Division of Law Enforcement, JOSEPH THERRIEN—Director, DEC Special Licenses Unit, ANDREA D'AMBROSIO—USDA Animal Care Inspector, and John/Jane Does #1-15.

                                              Defendants.

**CERTIFICATE OF SERVICE**
Index No. 6:20-cv-07039
(Hon. Frank P. Geraci, Jr.)

      I, Michele Romance Crain, hereby declare and certify that on November 3, 2021 I electronically filed the Declaration in Response to Plaintiff's Amended Motion to Amend the Complaint with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

  Kathryn L. Smith
  Assistant United States Attorney
  100 State Street, 5th Floor
  Rochester, New York 14614

      And I further certify that I served the Declaration in Response to Plaintiff's Amended Motion to Amend the Complaint by placing a copy of said document in a properly addressed envelope and causing it to be placed in an official depository of the United States mail, on November 3, 2021 addressed to

Carrie Leo
3199 Walworth Road
Walworth, New York 14568

November 3, 2021

LETITIA JAMES
Attorney General of the State of New York
Attorney for the State Defendants

 s/Michele Romance Crain
MICHELE ROMANCE CRAIN
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:(585) 546-7430
Michele.Crain@ag.ny.gov

To:   Carrie Leo
      3199 Walworth Road
      Walworth, New York 14568

      Kathryn L. Smith
      Assistant United States Attorney
      100 State Street, 5th Floor
      Rochester, New York 14614

,